**SKOLNICK LEGAL GROUP, P.C.**
Martin P. Skolnick, Esq.
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068
Ph: 973-403-0100
martin@skolnicklegalgroup.com
Local Counsel for Plaintiff

**DHF LAW, P.C.**
Devin Fok (SBN #256599)
devin@devinfoklaw.com
Ainat Kiewe (SBN #207439)
ainat@devinfoklaw.com
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411
*Pro Hac Vice Application forth coming*

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN KAY RUNYON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>CLEARSTAR, INC., LICEDOCTORS LLC, and DOES 1-10 inclusive,<br>    Defendant(s). | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF**<br><br>1. **15 U.S.C. §1681e(b);**<br>2. **15 U.S.C. §1681k;**<br>3. **15 U.S.C. §1681g;**<br>4. **15 U.S.C. §1681b(b)(3)**<br><br><br>**JURY TRIAL DEMANDED** |

-1-

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

**COMPLAINT**

Plaintiff CAROLYN KAY RUNYON (hereafter "Plaintiff") by and through her attorneys, on behalf of herself and the classes set forth below, brings the following Class Action Complaint and Demand for a Jury Trial against the Defendants ClearStar, Inc. ("Clearstar"), LiceDoctors, LLC ("LiceDoctors"), Inc. and DOES 1-10 fictitious persons (hereinafter collectively as "Defendants"), and alleges as follows:

**NATURE OF THE ACTION**

1.    This putative class action is brought pursuant to 15 U.S.C. § 1681 et seq., more commonly known as the Fair Credit Reporting Act ("FCRA"), against background check software screening company ClearStar, Inc. and LiceDoctors, LLC. Defendant ClearStar, Inc. routinely violates the FCRA's basic protections by failing to use reasonable procedures to ensure the maximum possible accuracy of the information reported when providing tenant screening reports which includes but not limited to an applicant's credit, criminal and civil record searches, sex offender registry, motor vehicle record, and credit history searches, employment verification and education verification background checks to prospective consumers as required by § 1681(e)(b) of the FCRA. Defendant LiceDoctors, LLC violates the FCRA pursuant to 15 U.S.C. § 1681 et seq., specifically § 1681b(b)(3) by failing to provide pre-adverse action notices to potential employees who are subject to adverse action as a result of information stated on background check reports.

2.    The Fair Credit Reporting Act ("FCRA") 15 U.S.C. §1681 was enacted to ensure that background screening companies or "consumer reporting agencies" exercise their "grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy." Id § 1681(a)(4).

3.    Defendant ClearStar, Inc. is a "Consumer Reporting Agency" as defined under 15 U.S.C. §1681a(f), because it collects and furnishes consumer information, including public record information about a consumer's criminal history, to a paying customer for enumerated purposes.

4.      Defendant LiceDoctors, LLC is a professional and mobile head lice treatment and nit removal company that serves over 100 cities across the United States.

5.      On or about April 15, 2022, Defendant Clearstar Inc., provided a consumer report to Plaintiff's prospective employer, LiceDoctors, LLC.

6.      In connection with Plaintiff's employment application, LiceDoctors, LLC offered conditional employment to Plaintiff as a Head Lice Removal Technician on the basis that Plaintiff pass a background check.

7.      The Report disclosed that Plaintiff has a criminal record or sex offender under its National Criminal Database without disclosing the actual content of the record. Specifically, Defendant failed to disclose any information related to the alleged existence of a criminal record such as the case number(s), the date the charges were filed, the name of the charges, the severity of the offense (e.g., misdemeanor, felony, etc.), the disposition, or the disposition date.

8.      Defendant disclosed only a red flag associated with the following search: "National Criminal Database Check– AN (All Names)  - Includes Sex Offender Registry and SSN Trace. "A true and correct copy of the redacted report is attached hereto as Exhibit 1.

9.      Since no other criminal history information is disclosed, it is unclear whether Defendant found a criminal record or sex offender record. Both would be detrimental but the implication that Plaintiff somehow has a sex offender record would be more so.

10.      Additionally, Defendant's report stated Plaintiff's Social Security Number was issued prior to her date of birth.

11.      The Report disclosed by Defendant ClearStar, Inc. stated that her Social Security Number was issued in the year 1973.

12.      The date Plaintiff's Social Security Number was issued was June 1, 1977. Plaintiff's date of birth is March 15, 1977.

13.      Upon notice of the error, Plaintiff reached out to Defendant ClearStar, Inc. to dispute the matters and requesting to provide additional information if necessary.

14.     Defendant ClearStar, Inc. responded to the matter that they are unable to correct the year of her social security number due to the information being provided by the Social Security Administration ("SSA").

15.     Upon Plaintiff contacting the SSA, she was relayed that the SSA indeed had her correct information regarding her date of birth in connection with her Social Security number.

16.     Despite the SSA having the correct date of issuance for her Social Security Number, Defendant ClearStar, Inc. failed to amend the erroneous information on the report

17.     Under the FRCA, specifically 15 USC § 1681e(b) Defendant was required to use reasonable procedures to ensure the ***maximum possible accuracy*** of the information it reported about Plaintiff to Defendant LiceDoctors, LLC. Failing to ensure accurate information regarding Plaintiff's Social Security Number is an exact violation of this statute.

18.     Defendant ClearStar, Inc. did not have defined processes to verify the accuracy of the public records information provided.

19.     As a direct result of Defendant's failure to verify public records and provide complete information regarding criminal history flagged, Plaintiff was denied employment with LiceDoctors, LLC.

20.     Defendant, LiceDoctors, LLC notified Plaintiff via email that due to the results of the background check report, they cannot offer her the role of a Technician with their company anymore.

21.     Defendant LiceDoctors, LLC failed to provide a pre-adverse action notice to Plaintiff before taking adverse action on her employment.

22.     LiceDoctors, LLC also failed to state the exact reasoning behind denying her employment, only vaguely mentioning criminal activity or information.

23.     Plaintiff suffered and continues to suffer actual damages and emotional distress as a result of the denial of employment.

24.     Accordingly, Plaintiff seeks recovery for her actual damages, including loss of earnings, emotional distress, and damage to her reputation. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

## THE PARTIES

25.     Plaintiff is an individual and resident of Raymond, Ohio.

26.     Defendant is a consumer reporting agency within the meaning of the FCRA, specifically 15 USC § 1681a(f).

27.     Defendant Clearstar Inc. is an employment background screening agency headquartered at 6250 Shiloh Rd STE 300, Alpharetta, GA 30005.

28.     Defendant LiceDoctors, LLC is headquartered at 21 Pine Drive South, Roslyn, New York, 11576

29.     Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

30.     Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

31.     Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## JURISDICTION AND VENUE

32.     The Court has jurisdiction over Plaintiff's claims, pursuant to 28 U.S.C. §§ 1331, 1337(a), 1355 and 15 U.S.C. §1681p.

33.     The venue is proper pursuant to 28 U.S.C. §1391(b)(c). Defendant LiceDoctors, LLC's principal place of business is in Roslyn, New York. Additionally,

Defendant ClearStar, LLC regularly sells consumer reports to individuals within this District, as well as individuals all across the United States, such as for the report procured for Plaintiff, who resides in Raymond, Ohio.

**<u>CLASS ACTION ALLEGATIONS</u>**

34.     Accuracy of Background checks within the U.S. labor market is crucial. According to a 2018 survey, 95% of employers conduct one or more types of background screening; and 94% of those include some form of criminal history check. Consumer Financial Protection Bureau, *Market Snapshot: Background Screening Reports. Criminal Background Checks in Employment 4* (October 2019).[1]  An inaccurate or misleading criminal history report can derail job offers, leaving job-seekers unemployed for significant periods of time. See *Williams v. First Advantage LNS Screening Solutions, Inc.*, 238 F. Supp. 3d 1333, 1341–42 (N.D. Fla. 2017), aff'd in part 947 F.3d 735. The inaccurate background check generated by ClearStar, LLC resulted in Plaintiff losing her job offer.

35.     Recognizing that the accuracy of background-check reports can have a significant impact on people's lives, Congress has chosen to regulate the procurement, use, and content of those reports through the FCRA, 15 U.S.C. §§ 1681a, *et seq*. The FCRA is intended "to protect consumers from the transmission of inaccurate information about them, and to establish credit reporting practices that utilize accurate, relevant, and current information in a confidential and responsible manner." *Cortez v. Trans Union LLC*, 617 F.3d 688, 706 (3d Cir. 2010).

36.     A "consumer" is defined in FCRA as "an individual." 15 U.S.C. §1681a(c). A "consumer report" is "any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living

---

[1] Available at https://files.consumerfinance.gov/f/documents/201909_cfpb_market- snapshot-background-screening_report.pdf.

which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for ... employment." 15 U.S.C. § 1681a(d)

37.     ClearStar, Inc. prepares background check reports by assembling and evaluating information including but not limited to individuals' criminal histories, social security traces, and sex offender registry searches. Defendant sells these reports to, among others, prospective employers. ClearStar, Inc uses means and facilities of interstate commerce to prepare and furnish these reports, including but not limited to the internet, interstate telephone services, and interstate mail delivery services. ClearStar, Inc's reports are therefore governed by FCRA.

38.     Under the FRCA, specifically 15 USC § 1681e(b), Defendant ClearStar, Inc. was required to use reasonable procedures to ensure the ***maximum possible accuracy*** of the information it reports to employers who procure background checks from them.

39.     Defendant ClearStar, Inc.'s practice and procedure affected and continue to affect Plaintiff and other consumers on whom Defendant ClearStar, Inc. prepares background check reports and furnishes to third parties.

40.     An employer is prohibited from taking any adverse action against the job applicant based on information on a consumer report, unless the employer first provides a meaningful opportunity for the applicant to dispute the information with the consumer reporting agency.  Specifically, the employer has the duty to provide a copy of the consumer report and a written description of the consumer's rights under the FCRA "before taking any adverse action based in whole or in part on the report" on the person "intending to take such adverse action."  15 U.S.C. § 1681b(b)(3).  This duty is generally referred to as the duty to provide "a pre-adverse action notice".

41.     The statutory intent of these provisions is clear.  At each stage of the hiring process, an employer must provide the job applicant sufficient access to what private information about her is being reported that may ultimately be used against her.

42.     Defendant LiceDoctors, LLC's practice and procedure affected and continue to affect Plaintiff and other consumers who have been subject to an adverse employment action on the basis of background check reports obtained on them.

43.     Plaintiff Carolyn Kay Runyon's claims are typical of the claims of each Class member she seeks to represent because these claims all arise from the same operative facts and are based on the same legal theories.

a.     LiceDoctors, LLC typically uses consumer reports to conduct background checks on prospective employees.  LiceDoctors, LLC routinely takes an adverse action based in whole or in part on information in consumer reports.  Finally, LiceDoctors, LLC typically does not provide a pre-adverse action notice to the affected consumers prior to the taking of an adverse action.  The FCRA violations suffered by Plaintiff are typical of those suffered by other class members, and LiceDoctors, LLC treated Plaintiff consistently with other putative class members in accordance with its standard policies and procedures.

b.     ClearStar, Inc. regularly collects, assembles, evaluates, and/or compiles information concerning consumers that it knows is not complete and/or maximally accurate at the time of reporting the information.  Violations of the FCRA suffered by Plaintiff are typical of those suffered by other class members, and ClearStar, Inc. treated Plaintiff's consumer information consistently with other putative class member in accordance with its standard policies and procedures.

44.     Plaintiff will fairly and adequately protect the Class's interests. Plaintiff is committed to vigorously litigating this matter, and her interests are aligned with those of the Class. Plaintiff has retained counsel experienced in handling FCRA and consumer class actions.

45.     A class action is a superior method for the fair and efficient adjudication of this controversy. The interest of Notice and Report Class Members in individually controlling the prosecution of separate claims against Defendants is small, as the maximum statutory damages recoverable by any one Notice or Report Class Member is limited to $1,000 under the FCRA. Management of the Notice and Report Class claims in

a single proceeding will avoid inconsistent judgments and result in a more efficient use of judicial resources than resolving these same issues in many individual cases.

46. Plaintiff asserts this action on behalf of her and the putative class pursuant to Federal Rule of Civil Procedure 23(b)(3) for the following class:

Subclass 1 (Report Class)
All natural persons in the United States who were the subject of a background check report that was furnished by ClearStar, Inc. for employment purposes that preceded the filing of the complaint by two years to present and included any flags associated with criminal and/or sex offender searches that failed to include the following items of information:  the case number(s), the date the charge(s) were filed, the name of the charge(s), the severity of the offense(s) (e.g., misdemeanor, felony, etc.), the disposition(s) of the charges, or the disposition date(s) of the charge(s).

Subclass 2 (Pre-Adverse Action Notice Class)
All natural persons in the United States who were subject to adverse action from LiceDoctors, LLC as a result of findings on employment background check reports from within the two years prior the filing of this Complaint to the final resolution of this action and who did not receive a pre-adverse action notice required pursuant to 15 USC §1681b(b)(3)(A). Excluded from the Class are any employees, officers, or directors ClearStar, Inc. or LiceDoctors, LLC, any attorneys appearing in this case, and any judges assigned to hear this case as well as their immediate family and staff.

Subclass 3 (Post-Adverse Action Notice Class)
All natural persons in the United States who were subject to adverse action from LiceDoctors, LLC as a result of findings on employment background check reports from within the two years prior the filing of this Complaint to the final resolution of this action and who did not receive a post-adverse action notice required pursuant to 15 USC §1681b(b)(3)(B). Excluded from the Class are any employees, officers, or directors ClearStar, Inc. or LiceDoctors, LLC, any attorneys appearing in this case, and any judges assigned to hear this case as well as their immediate family and staff.

47.    The classes are so numerous that joinder of all members is impracticable. Although the precise number of Report Class Members is known only to ClearStar, Inc. and LiceDoctors, LLC. Plaintiff is informed and believes, and on that basis alleges, that the Report Class for ClearStar, Inc. is comprised of thousands of consumers because, in

part, ClearStar, Inc. has operated as a consumer reporting agency for 25 years providing screenings to nine different industries in over 30 countries who request background check reports from ClearStar, Inc. *See* ClearStar Partners, located at https://www.clearstar.net/partners/.

48.    The precise number of Class Members for Defendant LiceDoctors, LLC and is known only to Defendant, Plaintiff is informed and believes, and on that basis alleges, that the Report Class is comprised of hundreds of employees and prospective employees because, in part, LiceDoctors, LLC provides services in 42 different states. *See* LiceDoctors locations by state, located at https://www.licedoctors.com/locations. LiceDoctors, LLC regularly obtains and uses information in consumer reports to conduct background checks on prospective employees and existing employees. LiceDoctors, LLC frequently relies on such information, in whole or in part, as a basis for making an adverse employment decision.

49.    The Notice Class (Subclass 2 and 3) is so numerous that joinder of all members is impracticable.  Although the precise number of Notice Class Members is known only to LiceDoctors, LLC and ClearStar, Inc. Plaintiff is informed and believes, and on that basis aforementioned, that the Notice Class is comprised of hundreds of employees for LiceDoctors, and thousands of consumers for ClearStar, Inc.

50.    The identities of the individual Report Class Members should be readily ascertainable from ClearStar, Inc.'s records. Notice may be mailed to Report Class Members using the public record information in ClearStar, Inc.'s files, as updated through the National Change of Address Registry

51.    Additionally, the identities of the individual Notice Class Members should be readily ascertainable from LiceDoctors, LLC's records. Notice may be mailed to Notice Class Members using the public record information in LiceDoctors, LLC's files, as updated through the National Change of Address Registry.

52.    There is a significant community of interest among the Report Class Members, as there are questions of law and fact common to the Report Class that

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF

predominate over any questions affecting only individual Report Class Members. Those questions include:

     a. Whether ClearStar, Inc. is a "consumer reporting agency" as defined under 15 U.S.C. §1681a(f);

     b.     Whether the background check report that ClearStar, Inc. furnished to LiceDoctor, LLC is a "consumer report" as defined under 15 U.S.C. §1681a(d);

     c.     Whether ClearStar, Inc. violated the duty to maintain strict procedures designed to ensure that adverse public record information it reports on a consumer for employment purposes is complete and accurate as required under 15 U.S.C. §1681k(a);

     d. Whether ClearStar, Inc.'s violations of the duty to maintain strict procedures designed to insure adverse public record information it reports on a consumer is complete and up to date are "willful" as defined under 15 U.S.C. § 1681n;

     e. Whether ClearStar, Inc. and LiceDoctors, LLC's failure to comply with the FCRA was willful;

     f. Whether Plaintiff and the Class members are entitled to statutory damages and/or punitive damages.

### **FIRST CAUSE OF ACTION**

### **Violation of 15 U.S.C. § 1681e(b)**

### **Class Claim Against ClearStar, Inc.**

53.     Defendant willfully and/or recklessly violated 15 U.S.C. § 1681e(b) by disclosing inaccurate information, specifically Defendant failed to use reasonable procedures to ensure that the reported information regarding Plaintiff's Criminal History was accurate.

54.     Specifically, Defendant to fail to include any relevant information related to the alleged existence of Plaintiff's criminal history.

55.     Defendant's conduct was willful and/or reckless because it knew that its failure to ensure an accurate information in accordance with public records is insufficient to ensure maximum possible accuracy of the information reported.

56.     Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

57.     Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the reported information about Plaintiff was accurate.

## SECOND CAUSE OF ACTION

### Violation of 15 U.S.C. § 1681k

### Class Claim Against ClearStar, Inc.

57.     Plaintiff is informed and believes, and thereon alleges that Defendant willfully and/or recklessly failed to use strict procedures to ensure the reported information is complete and up to date despite knowing that the erroneous public record was likely to have an adverse effect upon Plaintiff's ability to obtain employment in violation of 15 U.S.C. § 1681k(a).

58.     The background check report on Plaintiff that Defendant ClearStar, Inc. provided to Defendant LiceDoctors, LLC is a "consumer report" as defined under 15 U.S.C. §1681a(d), because it discloses information "bearing on a consumer's … character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility" for enumerated purposes, including employment purposes.

59.     Defendant ClearStar, Inc. is a "consumer reporting agency" as defined under 15 U.S.C. §1681a(f), because it collects and furnishes consumer information, including public record information about a consumer's criminal history, to a paying customer for enumerated purposes, including employment purposes, and uses the internet

-12-

for the purpose of preparing or furnishing the information.

60.     Defendant ClearStar, Inc. knew, or should have known, that criminal history information it collects on consumers such as Plaintiff is not complete and/or accurate at the time of reporting the information, in part because the information is missing critical information such as the description of any criminal histories on such flagged reports.

61.     Defendant ClearStar, Inc. does not maintain any procedure to amend or supplement the criminal history information it reports to the user that is incomplete or inaccurate at the time of the reporting.

62.     Defendant ClearStar, Inc. knowingly or recklessly does not maintain strict procedures designed to ensure that the consumer information it reports is complete and accurate.

63.     Alternatively, Plaintiff alleges that Defendant's violations were negligent.

64.     Defendant ClearStar, Inc.'s knowing or reckless violation of the FCRA duty subjects it to a statutory damage between $100 and $1,000 per violation, along with punitive damages, reasonable attorney's fees, and costs under 15 U.S.C. § 1681n(a).

## **THIRD CAUSE OF ACTION**

### **Violation of 15 USC §1681g**

### **Individual Claim Against ClearStar, Inc.**

65.     Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

66.     Defendant willfully and/or recklessly violated the above referenced sections of the FCRA failing to provide Plaintiff with her full file.

67.     Defendant's conduct was willful and/or reckless because it knew that its production of the full consumer report would result in meritorious litigation.

68.     Alternatively, Plaintiff alleges that Defendant's violations were negligent.

## **FOURTH CAUSE OF ACTION**

### **Violation of 15 U.S.C. § 1681b(b)(3)**

### **Class Claim Against LiceDoctors, LLC**

69.     Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

70.     The background check report on Plaintiff that Defendant LiceDoctors, LLC procured from Defendant ClearStar, Inc. is a "consumer report" as defined under 15 U.S.C. § 1681a(d)(1), because it discloses information "bearing on a consumer's … character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility" for enumerated purposes.

71.     As an employer, Defendant LiceDoctors, LLC has the duty under the FCRA to provide a copy of the consumer report before making an adverse employment decision against a prospective or existing employee to provide a meaningful opportunity to discuss the information on the report under 15 U.S.C. §1681b(b)(3).

72.     Even if it did, Defendant LiceDoctors, LLC did not provide Plaintiff with a meaningful opportunity to discuss the report, because Defendant LiceDoctors, LLC fired Plaintiff at the same time that it provided a copy of the report to her.

73.     The consumer report obtained by ClearStar, Inc. did not contain sufficient information for Plaintiff to determine any meaningful course of action for the purpose of saving her employment

74.     The duty to provide a pre-adverse action notice is not only one of the most important duties imposed on employers under the FCRA but has been clarified numerous times by both agency opinions and case law. Defendant LiceDoctors, LLC knew, or should have known, that it has the duty to provide a pre-adverse action notice.

75.     Defendant LiceDoctors, LLC's failure to provide a pre-adverse action notice is a knowing or reckless violation of the FCRA duty and subjects Defendant LiceDoctors, LLCs to a statutory damage between $100 and $1,000 per violation, along with punitive damages, reasonable attorney's fees, and costs under 15 U.S.C. § 1681n(a).

-14-

### **FIFTH CAUSE OF ACTION**

### **Violation of 15 U.S.C. § 1681e(b)**

### **Individual Claim Against ClearStar, Inc.**

53.    Defendant willfully and/or recklessly violated 15 U.S.C. § 1681e(b) by disclosing inaccurate information, specifically Defendant failed to use reasonable procedures to ensure that the reported information regarding Plaintiff's SSN Trace was accurate. Specifically, Defendant failed to accurately disclose the issue date of Plaintiff's Social Security Number.

54.    Defendant's conduct was willful and/or reckless because it knew that its failure to ensure an accurate information in accordance with public records is insufficient to ensure maximum possible accuracy of the information reported.

55.    Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

56.    Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the reported information about Plaintiff was accurate.


### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff individually and on behalf of a putative Class prays for judgment against Defendants, and each of them, as follows:

1.  For a declaration that Defendants' practices violate FCRA;

2.  For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

3.  For certification of this case as a Class Action pursuant to Federal Rule of Civil Procedure 23;

4.  For interest upon such damages as permitted by law;

5.  For an award of reasonable attorneys' fees provided by law under all applicable statutes;

-15-

6.  For the costs of the lawsuit;

7.  For injunctive relief as applicable; and

8.  For such other orders of the Court and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

DATED: February 28, 2024

/s/ Martin P. Skolnick
Martin P. Skolnick, Esq.
**SKOLNICK LEGAL GROUP, P.C.**
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068
Ph: 973-403-0100
martin@skolnicklegalgroup.com

/s/ Devin H. Fok
Devin H. Fok, Esq.
**DHF LAW, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: 888-651-6411
devin@devinfoklaw.com
*Pro Hac Vice Application forth coming*

Attorneys for Plaintiff

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF

# EXHIBIT 1



**Applicant Data**

Name: Carolyn Kay Runyon
SSN:
DOB:
Status: **COMPLETED**

**Client Data**

Lice Doctors, LLC

Package 2 - Discovery Plus  ✔

National Criminal Database Check-AN (All  🚩
Names) - Includes Sex Offender Registry
and SSN Trace

2 of 2 Orders Completed 100%

| | |
|---|---|
| Entered | 04/15/2022 |
| Due | COMPLETED |
| Completed | 04/16/2022 |
| Position | |
| Accounting Code | |

**The report does not guarantee the accuracy or truthfulness of the information as to the subject of the inquiry or investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. For California Residents, please contact our office to receive your rights (available in English and Spanish) regarding this report as well as your right to receive a copy of this report.**

**Runyon, Carolyn Kay** 



National Criminal Database Check-AN (All Names) - Includes Sex Offender Registry and SSN Trace

*Order: 108195029*

## Search Parameters

SSN:
Person Name:
**RUNYON, CAROLYN**
DOB:

**\*\*The provided SSN is reported as having been issued prior to the applicant's year of birth.**

## SSN Validation and Death Master Index Search Check for

Is SSN Valid? **SSN IS VALID. ISSUED IN OH**

Is associated individual of SSN deceased? **No**

Issued: **IN THE YEAR 1973**

## Sources Searched

AK ANCHORAGE COUNTY MOST WANTED, AK AOC, AK BOULDER MOST WANTED, AL BALDWIN ARREST, AL BALDWIN COUNTY ARREST, AL CALERA WARRANT, AL CALHOUN ARREST, AL CALHOUN WARRANTS, AL COLBERT ARREST, AL CULLMAN ARREST, AL DOC, AL ETOWAH ARREST, AL ETOWAH MOST WANTED, AL HOUSTON ARREST, AL JEFFERSON ARREST, AL MADISON ARREST, AL MOBILE ARREST, AL MONTGOMERY ARREST, AL MONTGOMERY WARRANT, AL MORGAN ARREST, AL SHELBY ARREST, AL SHELBY WARRANT, AL TUSCALOOSA ARREST, AR AOC, AR BAXTER MOST WANTED, AR BENTON ARREST, AR BENTON MOST WANTED, AR CLEBURNE MOST WANTED, AR CONWAY COUNTY MOST WANTED, AR CRAIGHEAD ARREST, AR DOC, AR FAULKNER MOST WANTED, AR INDEPENDENCE COUNTY MOST WANTED, AR KENSETT MOST WANTED, AR SEBASTIAN ARREST, AR UNION ARREST, AR UNION COUNTY WARRANT, AR UNION WARRANTS, AR WASHINGTON ARREST, AR WASHINGTON MOST WANTED, AR YELL MOST WANTED, AZ AOC, AZ APACHE JUNCTION MOST WANTED, AZ COCHISE MOST WANTED, AZ DOC, AZ GILA MOST WANTED, AZ MARICOPA ARREST, AZ MARICOPA COUNTY ARREST, AZ MARICOPA COUNTY MOST WANTED, AZ MARICOPA GILBERT MUNICIPAL COURT, AZ MARICOPA JUSTICE COURTS, AZ MARICOPA SUPERIOR COURT, AZ MARICOPA SUPERIOR COURT FILINGS, AZ MARICOPA WARRANT, AZ MESA CITY WARRANT, AZ MOHAVE MOST WANTED, AZ NAVAJO ARREST, AZ PHOENIX MOST WANTED, AZ PIMA ARREST, AZ PIMA CONSOLIDATED JUSTICE COURT, AZ PIMA COUNTY MOST WANTED, AZ PIMA COURT, AZ PIMA CRIMESTOPPERS MOST WANTED, AZ PIMA JUSTICE COURT, AZ PIMA JUSTICE CRIMINAL COURT, AZ PIMA JUSTICE TRAFFIC COURT, AZ PIMA SUPERIOR COURT, AZ PINAL ARREST, AZ PINAL MOST WANTED, AZ SOUTH TUCSONS MOST WANTED, AZ SUPERIOR MOST WANTED CRIMINALS, AZ SUPREME COURT JUDICIAL BRANCH, AZ YAVAPAI ARREST, AZ YAVAPAI MOST WANTED, CA AMADOR SUPERIOR COURT, CA ANAHEIM MOST COUNTY WANTED, CA BUTTE SUPERIOR COURT, CA COLUSA SUPERIOR COURT, CA CONTRA COSTA COURTS, CA CONTRA COSTA SUPERIOR COURT, CA DOC, CA EL DORADO SUPERIOR COURT INDEX, CA FREMONT 10 MOST WANTED, CA FRESNO ARREST, CA FRESNO SUPERIOR COURT, CA GLENN SUPERIOR COURT, CA KERN ARREST, CA KERN SUPERIOR COURT, CA KINGS ARREST, CA LASSEN SUPERIOR COURT, CA LOMPOC MOST WANTED, CA LOS ANGELES ARREST, CA LOS ANGELES DEA MOST WANTED, CA LOS ANGELES SUPERIOR COURT, CA MANTECA MOST WANTED, CA MARIN ARREST, CA MARIN SUPERIOR COURT PUBLIC INDEX, CA MENDOCINO COUNTY MOST WANTED, CA MENDOCINO SUPERIOR COURT, CA MERCED MOST WANTED, CA NEVADA SUPERIOR COURT, CA ORANGE ARREST, CA ORANGE MOST WANTED, CA ORANGE SUPERIOR COURT, CA ORANGE WARRANT, CA PLACER ARREST, CA PLACER COUNTY 20 MOST WANTED, CA PLACER SUPERIOR COURT, CA RED BLUFF COUNTY WANTED PERSONS, CA REDDING MOST WANTED, CA REDWOOD CITY MOST WANTED, CA RIVERSIDE ARREST, CA RIVERSIDE CA SUPERIOR COURT, CA RIVERSIDE COUNTY MOST WANTED, CA RIVERSIDE SUPERIOR COURT, CA SACRAMENTO COUNTY ARREST, CA SACRAMENTO COUNTY MOST WANTED, CA SACRAMENTO SUPERIOR COURT, CA SAN BERNARDINO ARREST, CA SAN BERNARDINO SUPERIOR COURT, CA SAN DIEGO ARREST, CA SAN DIEGO COUNTY ARREST, CA SAN DIEGO COUNTY MOST WANTED, CA SAN DIEGO COUNTY WARRANT, CA SAN DIEGO SUPERIOR COURT INDEX, CA SAN FRANCISCO MOST WANTED, CA SAN GABRIEL MOST WANTED, CA SAN LUIS OBISPO SUPERIOR COURT, CA SAN MATEO COUNTY SUPERIOR COURT, CA SANTA BARBARA COURTS, CA SANTA BARBARA SUPERIOR COURTS, CA SANTA CLARA MUNICIPAL COURT, CA SANTA CLARA SUPERIOR COURT, CA SANTA CRUZ SUPERIOR COURT, CA SANTA CRUZ WARRANT, CA SANTA MONICA MOST WANTED, CA SHASTA SUPERIOR COURT, CA SISKIYOU SUPERIOR COURT, CA SONOMA ARREST, CA SONOMA COUNTY SUPERIOR COURT, CA STANISLAUS SUPERIOR COURT CASE INDEX, CA TEHAMA ARREST, CA TEHAMA COUNTY SUPERIOR COURT, CA TULARE ARREST, CA VENTURA ARREST, CA VENTURA MOST WANTED, CA VENTURA SUPERIOR COURT, CA

Runyon, Carolyn Kay ▮▮▮▮▮▮▮



VISALIA MOST WANTED CRIMINAL, CA YOLO COUNTY MOST WANTED, CO ADAMS ARREST, CO ADAMS COUNTY MOST WANTED, CO ARAPAHOE ARREST, CO BOULDER MOST WANTED, CO DENVER ARREST, CO DENVER COUNTY COURT, CO DENVER FIELD DIVISION MOST WANTED, CO DOC, CO DOC FUGITIVE, CO EAGLE COUNTY MOST WANTED, CO EL PASO ARREST, CO EL PASO COUNTY ARREST, CO JEFFERSON ARREST, CO LARIMER COUNTY MOST WANTED, CO LONGMONT CITY MOST WANTED , CO LONGMONT MOST WANTED, CO MESA ARREST, CO PITKIN ARREST, CO PUEBLO ARREST, CO WELD ARREST, CO WELD WARRANT, CT ADMINISTRATOR OF COURTS, CT DEPT OF CORRECTIONS , CT DOC, CT MADISON COUNTY ARREST, CT NEW HAVEN MOST WANTED, CT SHELTON POLICE DEP MOST WANTED, DALLAS TX JUSTICE OF THE PEACE TRAFFIC, DC DOC, DE DELAWARE STATE POLICE MOST WANTED, DE DEWEY BEACH WANTED PERSONS, DE DOVER POLICE MOST WANTED, DE NEW CASTLE MOST WANTED, DE REHOBOTH BEACH MOST WANTED, DISTRICT OF COLUMBIA SUPERIOR COURT, FAIRFAX CIRCUIT, FAIRFAX GENERAL DISTRICT, FL ALACHUA ARREST, FL ALACHUA COUNTY CLERK OF COURTS, FL ALACHUA COUNTY MOST WANTED, FL AOC, FL BAKER CLERK OF COURT, FL BAKER COUNTY MOST WANTED, FL BAY CLERK OF COURTS, FL BRADFORD CIRCUIT COURT, FL BREVARD, FL BREVARD ARREST, FL BREVARD CLERK OF COURTS, FL BREVARD COUNTY MOST WANTED, FL BROWARD ARREST, FL BROWARD CIRCUIT AND COUNTY COURT, FL BROWARD CLERK OF COURTS, FL CALHOUN CLERK OF COURT, FL CAREER OFFENDER REGISTRY, FL CHARLOTTE ARREST, FL CHARLOTTE CLERK OF COURT, FL CHARLOTTE COUNTY MOST WANTED, FL CITRUS ARREST, FL CITRUS CIRCUIT COURT, FL CITRUS CLERK OF COURT DISPOSITION, FL CITRUS CLERK OF COURT FILING, FL CITRUS WARRANT, FL CITY OF RIVIERA BEACH MOST WANTED, FL CITY OF TAMPA MOST WANTED, FL CLAY COUNTY CLERK OF COURT, FL CLAY COUNTY MOST WANTED, FL CLAY WARRANT, FL COLLIER ARREST, FL COLLIER CLERK OF COURTS, FL COLLIER WARRANT, FL COLUMBIA ARREST, FL COLUMBIA CLERK OF COURT, FL DEPARTMENT OF LAW ENFORCEMENT WARRANTS, FL DESOTO ARREST, FL DESOTO CIRCUIT COURT, FL DESOTO MOST WANTED, FL DIXIE CLERK OF COURT, FL DOC, FL DOC - ESCAPE, FL DOC - INMATE, FL DOC - RELEASE, FL DOC - SUPERVISED, FL DOC ESCAPE, FL DUVAL CLERK OF COURTS, FL EMERALD COAST MOST WANTED, FL ESCAMBIA ARREST, FL ESCAMBIA CLERK OF COURT, FL FLAGLER CIRCUIT COURT, FL FORT LAUDERDALE COUNTY MOST WANTED, FL FRANKLIN CLERK OF COURT, FL GADSDEN CIRCUIT COURT, FL GILCHRIST CLERK OF COURT, FL GLADES CIRCUIT COURT, FL GULF CIRCUIT COURT, FL HAMILTON CLERK OF COURT, FL HARDEE ARREST, FL HARDEE CLERK OF COURT, FL HARDEE COUNTY ARREST, FL HARDEE MOST WANTED, FL HARDEE WARRANT, FL HENDRY CLERK OF COURT, FL HERNANDO ARREST, FL HERNANDO CLERK OF CIRCUIT COURT, FL HIGHLANDS CLERK OF COURTS, FL HIGHWAY PATROL MOST WANTED, FL HILLSBOROUGH ARREST, FL HILLSBOROUGH COUNTY TRAFFIC, FL HILLSBOROUGH COURTS, FL HOLMES CLERK OF COURT, FL INDIAN RIVER ARREST, FL INDIAN RIVER CLERK OF COURT, FL INDIAN RIVER COUNTY ARREST, FL INDIAN RIVER MOST WANTED, FL JACKSON CIRCUIT COURT, FL JACKSONVILLE MOST WANTED, FL JEFFERSON CIRCUIT COURT, FL LAFAYETTE CLERK OF COURT, FL LAKE ARREST, FL LAKE CLERK OF COURTS, FL LEE ARREST, FL LEE CIRCUIT AND COUNTY COURT, FL LEE COUNTY CLERK OF COURTS, FL LEE COUNTY MOST WANTED, FL LEE WARRANTS, FL LEON COUNTY CRIMINAL, FL LEON COUNTY ORDINANCE AND NON-TRAFFIC VIOLATIONS, FL LEON COUNTY TRAFFIC, FL LEVY CLERK OF COURT, FL LIBERTY CLERK OF COURT, FL MADISON CLERK OF COURT, FL MANATEE CLERK OF COURTS, FL MARION CLERK OF COURTS, FL MARTIN ARREST, FL MARTIN CIRCUIT AND COUNTY COURT, FL MIAMI DADE COUNTY AND CIRCUIT COURTS, FL MIAMI DADE COUNTY AND CIRCUIT TRAFFIC, FL MIAMI DEA MOST WANTED FUGITIVES, FL MONROE ARREST, FL MONROE CIRCUIT COURT, FL MONROE COUNTY MOST WANTED, FL MONROE WARRANT, FL NASSAU CIRCUIT COURT, FL NASSAU MOST WANTED CRIMINALS, FL OKALOOSA CIRCUIT COURT, FL OKEECHOBEE CIRCUIT COURT, FL ORANGE ARREST, FL ORANGE COUNTY CLERK OF COURTS, FL ORANGE COUNTY CLERK OF COURTS TRAFFIC, FL OSCEOLA ARREST, FL OSCEOLA CLERK OF THE CIRCUIT COURT, FL OSCEOLA COURTS, FL PALM BEACH ARREST, FL PALM BEACH COURTS, FL PALM BEACH MOST WANTED FUGITIVES, FL PALMBEACH COURT MISDEMEANOR, FL PASCO CIRCUIT AND COUNTY COURT, FL LAKE ARREST, FL AUGUSTA SUPERIOR CIRCUIT TRAFFIC, FL PENSACOLA MOST WANTED FL, FL PINELLAS CIRCUIT CLERK OF COURTS, FL PINELLAS COUNTY WANTED PROFILES, FL POLK ARREST, FL POLK CIRCUIT COURTS, FL POLK CLERK OF COURT, FL POLK COUNTY COURTS, FL POLK COUNTY MOST WANTED, FL POLK WARRANT, FL POLK WARRANTS, FL PUTNAM ARREST, FL PUTNAM CIRCUIT COURT, FL PUTNAM COUNTY TRAFFIC COURT, FL RIVIERA BEACH MOST WANTED, FL SAINT AUGUSTINE MOST WANTED, FL SAINT JOHNS CLERK OF COURTS, FL SAINT LUCIE CLERK OF COURTS, FL SANTA ROSA CLERK OF COURTS, FL SANTA ROSA MOST WANTED CRIMINALS, FL SARASOTA CIRCUIT COURT, FL SEMINOLE ARREST, FL SEMINOLE CIRCUIT COURT, FL SEMINOLE COUNTY ARREST, FL SEMINOLE COUNTY CIRCUIT COURT, FL ST LUCIE CIRCUIT COURT, FL STATE WARRANTS, FL SUMTER CLERK OF COURTS, FL SUWANNEE ARREST, FL TAMPA MOST WANTED, FL UNION CLERK OF COURT, FL VOLUSIA ARREST, FL VOLUSIA CIRCUIT AND COUNTY COURTS, FL WAKULLA CLERK OF COURT, FL WALTON CLERK OF COURT, FL WASHINGTON CLERK OF COURT, FLORANGETRAFFIC, GA ATHENS CLARKE STATE COURT, GA ATHENS CLARKE SUPERIOR COURT, GA ATLANTA PD MOST WANTED, GA AUGUSTA RICHMOND SUPERIOR COURT, GA AUGUSTA SUPERIOR AND STATE COURTS, GA BIBB ARREST, GA BIBB STATE COURT, GA BRYAN CLERK OF COURT, GA BUREAU OF INVESTIGATION, GA CARROLL SUPERIOR CLERK OF COURTS, GA CHATHAM ARREST, GA CHATHAM SUPERIOR STATE AND MAGISTRATE COURTS, GA CHEROKEE MOST WANTED, GA CLARK ARREST, GA CLARKBASE ARREST, GA CLAYTON CLERK OF COURT, GA COBB CLERK OF SUPERIOR COURT, GA COWETA SUPERIOR COURT, GA DAWSON ARREST, GA DEKALB ARREST, GA DEKALB CIRCUIT SUPERIOR, GA DEKALB COUNTY JUDICIAL SYSTEM, GA DOC, GA DOC PAROLEES, GA DOUGLAS ARREST, GA EAST POINT MOST WANTED, GA EASTPOINT POLICE WARRANT, GA FAYETTE ARREST, GA FAYETTE STATE COURT, GA FAYETTE SUPERIOR COURT, GA FULTON ARREST, GA FULTON SUPERIOR COURT, GA GEORGIA BUREAU OF INVESTIGATIONS MOST WANTED, GA GWINNETT ARREST, GA GWINNETT COUNTY LAWRENCEVILLE COURT, GA GWINNETT LAWRENCEVILLE - MAGISTRATE COURT, GA GWINNETT LAWRENCEVILLE - STATE COURT, GA GWINNETT LAWRENCEVILLE - SUPERIOR COURT, GA HENRY SUPERIOR COURT, GA HOUSTON ARREST, GA LUMPKIN ARREST, GA MUSCOGEE ARREST, GA MUSCOGEE MOST WANTED, GA OCONEE ARREST, GA PAULDING ARREST, GA RICHMOND ARREST, GA RICHMOND STATE COURT, GA RICHMOND SUPERIOR COURT, GA SUPERIOR STATE AND MAGISTRATE COURTS, GUAM FAMILY VIOLENCE REGISTRY, HI DOC, HI HAWAII MOST WANTED, HI HONOLULU FBI MOST WANTED, HI STATE JUDICIARY AOC, IA AMES ARREST, IA AOC, IA BLACK HAWK MOST WANTED, IA BUENA VISTA ARREST, IA CEDAR RAPIDS MOST WANTED, IA CERRO GORDO MOST WANTED, IA CLINTON MOST WANTED, IA COUNCIL BLUFFS MOST WANTED, IA DALLAS ARREST, IA DALLAS COUNTY WARRANT, IA DEPARTMENT OF PROBATION, IA DOC, IA FAYETTE COUNTY WARRANTS, IA FAYETTE COUNTY WARRANTS LIST, IA OUTSIDE OF IA MOST WANTED, IA POLK ARREST, IA SCOTT COUNTY MOST WANTED, IA STORM LAKE MOST WANTED, IA WOODBURY ARREST, ID ADA ARREST, ID ADA COUNTY WARRANT, ID BANNOCK MOST WANTED, ID BLACKFOOT MOST WANTED, ID CANYON ARREST, ID CANYON COUNTY ARREST, ID DOC, ID KOOTENAI ARREST, ID STATE JUDICIARY, ID SUPREME COURT, IL CHAMPAIGN CIRCUIT COURT, IL CHICAGO MOST WANTED, IL COOK ARREST, IL COOK CLERK OF COURT, IL COUNTY CIRCUIT CLERK OF COURT, IL COUNTY CIRCUIT CLERK OF COURTS, IL CRAWFORD COUNTY WARRANT, IL DOC, IL DUPAGE CIRCUIT COURT, IL DUPAGE-DUMEG MOST WANTED, IL HENRY MOST WANTED, IL KANE CIRCUIT COURT,

Runyon, Carolyn Kay ███████

CLEARSTAR

IL KANKAKEE CIRCUIT COURT, IL LAKE MOST WANTED, IL MCLEAN CIRCUIT COURT, IL METHAMPHETAMINE OFFENDER, IL PEORIA ARREST, IL PEORIA COUNTY, IL PEORIA COUNTY ARREST, IL PEORIA COUNTY WARRANT, IL PEORIA MOST WANTED, IL STATE POLICE MURDERER AND VIOLENT OFFENDER AGAINST YOUTH REGISTRY, IL WHITE MOST WANTED, IL WILL ARREST, IL WILL MOST WANTED, IN ADMINISTRATOR OF COURTS, IN ALLEN COUNTY MOST WANTED, IN ALLEN COUNTY WARRANTS, IN ALLEN WARRANTS, IN BARTHOLOMEW COUNTY MOST WANTED, IN BARTHOLOMEW MOST WANTED, IN BOONE ARREST, IN BROWN ARREST, IN BROWN WARRANT, IN CROWN POINT POLICE WARRANTS, IN DEKALB COUNTY MOST WANTED, IN DEKALB COUNTY WARRANTS, IN DELAWARE ARREST, IN DELAWARE COUNTY MOST WANTED, IN DELAWARE WARRANTS, IN DOC, IN DOC MOST WANTED, IN DUBOIS COUNTY SHERIFFS OFFICE, IN HAMILTON ARREST, IN HANCOCK ARREST, IN HENDRICKS ARREST, IN HOWARD WARRANT, IN INDIANAPOLIS FBI MOST WANTED, IN KNOX ARREST, IN LAGRANGE COUNTY MOST WANTED, IN LAGRANGE COUNTY WARRANTS, IN LAKE COUNTY CRIMINAL COURT, IN LAKE COUNTY TRAFFIC COURT, IN LAKE COUNTY WARRANTS, IN LAPORTE ARREST, IN MADISON ARREST, IN MADISON COUNTY WARRANT, IN MONROE ARREST, IN MONTGOMERY ARREST, IN NOBLE COUNTY MOST WANTED, IN NOBLE COUNTY WARRANTS, IN PORTER ARREST, IN PULASKI COUNTY SHERIFFS OFFICE, IN SOUTH BEND AREA MOST WANTED, IN ST JOSEPH ARREST, IN STEUBEN COUNTY MOST WANTED, IN STEUBEN COUNTY WARRANT, IN TIPPECANOE COUNTY MOST WANTED, IN TIPPECANOE WARRANT, IN VANDERBURGH ARREST, IN WELLS COUNTY MOST WANTED, IN WHITLEY COUNTY SHERIFFS OFFICE, INNOVATIVE CRIMINAL EXTRACT NC AOC, INNOVATIVE CRIMINAL EXTRACTION, KS ARKANSAS MOST WANTED, KS BUREAU OF INVESTIGATION - VIOLENT AND DRUG, KS DOC, KS JOHNSON ARREST, KS JOHNSON COUNTY WARRANTS, KS JOHNSON DISTRICT COURT, KS SEDGWICK ARREST, KS SHAWNEE ARREST, KS WICHITA CITY WARRANTS, KS WYANDOTTE ARREST, KY ALLEN COUNTY DETENTION CENTER, KY BARREN COUNTY DETENTION CENTER, KY BELL DETENTION CENTER ARREST, KY BIG SANDY REGIONAL DETENTION CENTER, KY BLUEGRASS MOST WANTED, KY BOONE ARREST, KY BOURBON COUNTY DETENTION CENTER, KY BOYD COUNTY DETENTION CENTER, KY BOYLE COUNTY DETENTION CENTER, KY BRECKINRIDGE COUNTY DETENTION CENTER, KY BULLITT COUNTY DETENTION CENTER, KY CALLOWAY COUNTY JAIL, KY CAMPBELL COUNTY DETENTION CENTER, KY CARROLL COUNTY DETENTION CENTER, KY CARTER COUNTY DETENTION CENTER, KY CASEY COUNTY JAIL, KY CLARK COUNTY DETENTION CENTER, KY COURT OF JUSTICE AOC, KY CRIMESTOPPERS MOST WANTED, KY CRITTENDEN COUNTY DETENTION CENTER, KY DOC, KY FULTON ARREST, KY GREENUP COUNTY DETENTION CENTER, KY HARDIN COUNTY DETENTION CENTER, KY HENDERSON COUNTY DETENTION CENTER, KY JACKSON COUNTY DETENTION CENTER, KY JESSAMINE COUNTY DETENTION CENTER, KY KENTON COUNTY DETENTION CENTER, KY KNOX COUNTY DETENTION CENTER, KY LAUREL COUNTY DETENTION CENTER, KY LESLIE COUNTY DETENTION CENTER, KY LEWIS COUNTY DETENTION CENTER, KY LEXINGTON-FAYETTE DETENTION CENTER ARREST, KY LOUISVILLE METRO ARREST, KY MADISON COUNTY DETENTION CENTER, KY MARION COUNTY DETENTION CENTER, KY MASON COUNTY DETENTION CENTER, KY MCCRACKEN COUNTY ARREST, KY MONROE COUNTY ARREST, KY OLDHAM COUNTY JAIL, KY PIKE COUNTY DETENTION CENTER, KY POWELL COUNTY DETENTION CENTER, KY PULASKI DETENTION CENTER ARREST, KY ROCKCASTLE COUNTY DETENTION CENTER, KY ROWAN COUNTY DETENTION CENTER, KY RUSSELL COUNTY DETENTION CENTER, KY SHELBY COUNTY DETENTION CENTER, KY SIMPSON COUNTY DETENTION CENTER, KY TAYLOR COUNTY DETENTION CENTER, KY THREE FORKS REGIONAL JAIL, KY TRISTATE MOST WANTED, KY WHITLEY COUNTY DETENTION CENTER, KY WOODFORD COUNTY DETENTION CENTER, LA ASCENSION ARREST, LA ASCENSION PARISH MOST WANTED, LA BATON ROUGE CITY COURT WARRANTS, LA BEAUREGARD ARREST, LA BOSSIER ARREST, LA BOSSIER PARISH MOST WANTED, LA CADDO ARREST, LA CADDO WARRANT, LA CALCASIEU ARREST, LA DOC MOST WANTED FUGITIVES AND ABSCONDERS, LA EAST BATON ROUGE PARISH ARREST, LA JAIL ROSTERS, LA JEFFERSON ARREST, LA KENNER PD MOST WANTED, LA LAFAYETTE ARREST, LA LAFAYETTE WARRANT, LA LAFOURCHE ARREST, LA LIVINGSTON ARREST, LA NEW ORLEANS MOST WANTED, LA ORLEANS ARREST, LA ORLEANS PARISH DISTRICT COURT, LA OUACHITA ARREST, LA PAROLE BOARD, LA RAPIDES ARREST, LA SAINT CHARLES MOST WANTED, LA SAINT JAMES PARISH MOST WANTED, LA ST BERNARD ARREST, LA ST JOHN THE BAPTIST ARREST, LA ST LANDRY ARREST, LA ST MARTIN ARREST, LA ST MARY ARREST, LA ST TAMMANY ARREST, LA TAMMANY PARISH COURT, LA TANGIPAHOA ARREST, LA TERREBONNE ARREST, LA TERREBONNE PARISH MOST WANTED, LA VERMILION ARREST, LA VERNON ARREST, LA WASHINGTON ARREST, LA WEBSTER ARREST, MA BILLERICA ARREST, MA LYNNMA MOST WANTED, MA ORLEAN POLICE ARREST, MA ROCKLAND MOST WANTED, MA UXBRIDGE MOST WANTED, MA WALTHAM ARREST, MA WALTHAM COUNTY WARRANTS, MA WALTHAM MOST WANTED, MA WELLFLEET ARREST, MA WRENTHAM POLICE ARREST, MD AOC CIRCUIT COURTS, MD AOC DISTRICT COURTS, MD BALTIMORE COUNTY MOST WANTED, MD CAROLINE MOST WANTED, MD DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, MD FREDERICK CITY MOST WANTED, MD HOWARD WARRANT, MD SOMERSET MOST WANTED, ME BREWER MOST WANTED, ME CUMBERLAND ARREST, ME DISTRICT OF MAINE MOST WANTED, ME DOC, ME KENNEBEC MOST WANTED, ME SAGADAHOC MOST WANTED, ME SANFORD MOST WANTED, ME SOMERSET ARREST, MI 13TH CIRCUIT COURT, MI AUBURN HILLS MOST WANTED, MI BATTLE CREEK MOST WANTED, MI BAY 18TH CIRCUIT COURT, MI BAY 74TH DISTRICT COURT, MI CRAWFORD MOST WANTED, MI DOC, MI DOC MOST WANTED, MI DOC OTIS, MI GENESEE 67TH DISTRICT COURT, MI JACKSON 12TH CIRCUIT COURT, MI JACKSON 12TH DISTRICT COURT, MI JACKSON MOST WANTED, MI KENT ARREST, MI KENT DISTRICT, MI MACOMB 16TH JUDICIAL CIRCUIT COURT, MI MICHIGAN CITY MOST WANTED, MI MICHIGAN KENT ARREST, MI MICHIGAN STATE POLICE MOST WANTED, MI MID MICHIGAN MOST WANTED, MI MUSKEGON MOST WANTED, MI OAKLAND CIRCUIT COURT, MI OAKLAND MOST WANTED, MI PITTSFIELD MOST WANTED, MI SAGINAW CIRCUIT COURT, MI SAGINAW DISTRICT COURT, MI THIRTEENTH CIRCUIT COURT, MI VANBUREN MOST WANTED, MI WASHTENAW COUNTY MOST WANTED, MI WAYNE ARREST, MI WAYNE CIRCUIT COURT, MI WAYNE COUNTY COURTS, MI WAYNE MOST WANTED, MI WESTERN DISTRICT MOST WANTED, MN BUREAU OF CRIMINAL APPREHENSION, AND DEPARTMENT OF PUBLIC SAFETY, MN CASS COUNTY WARRANT, MN CROW WING MOST COUNTY WANTED, MN DAKOTA ARREST, MN DAKOTA COUNTY MOST WANTED, MN DAKOTA COUNTY WARRANTS, MN DAKOTA WARRANT, MN DISTRICT TRIAL COURTS, MN DOC, MN DOC MOST WANTED, MN DODGE COUNTY MOST WANTED, MN DOUGLAS MOST WANTED, MN GOODHUE COUNTY WARRANT, MN HENNEPIN ARREST, MN HENNEPIN COUNTY MOST WANTED, MN HENNEPIN MOST WANTED QLD, MN KANDIYOHI MOST WANTED, MN MARTIN MOST WANTED, MN OLMSTED ARREST, MN OLMSTED MOST WANTED, MN PENNINGTON MOST WANTED, MN SAINT PAUL MOST WANTED, MN SHERBURNE MOST WANTED, MN STEARNS MOST WANTED, MO AOC, MO BOLLINGER ARREST, MO BOONE COUNTY WARRANT, MO CAMDENTON CITY MOST WANTED, MO CAMDENTON CITY WARRANT, MO CLAY ARREST, MO COOPER ARREST, MO DOC, MO EASTERN DISTRICT MOST WANTED, MO GREENE ARREST, MO JEFFERSON MOST WANTED, MO KANSAS CITY MOST WANTED, MO LINCOLN ARREST, MO LINCOLN WARRANT, MO MARSHALL MOST WANTED, MO MCDONALD ARREST, MO MONROE ARREST, MO PLATTE COUNTY MOST WANTED, MO SALINE MOST WANTED, MO SCOTT ARREST, MO ST FRANCOIS ARREST, MO ST FRANCOIS MOST WANTED, MO STATE HIGHWAY PATROL ARREST, MO STE GENEVIEVE COUNTY MOST WANTED, MS DESOTO COUNTY SHERIFFS OFFICE, MS DOC, MS DOC PAROLE, MS GULFPORT MOST WANTED, MS HANCOCK

**Runyon, Carolyn Kay** ████████

CLEARSTAR

COUNTY SHERIFFS OFFICE, MS HARRISON ARREST, MS HARRISON CIRCUIT AND COUNTY COURT, MS HARRISON COUNTY CIRCUIT COURT, MS HINDS COURT, MS HINDS JUSTICE COURT, MS LAMAR COUNTY SHERIFFS OFFICE, MS LEE ARREST, MS MARION WALTHALL REGIONAL JAIL ARREST, MS OKTIBBEHA MOST WANTED, MS PAROLE BOARD, MS PERRY COUNTY SHERIFFS OFFICE, MS WAYNE COUNTY WARRANTS-MOST WANTED, MS WAYNESBORO COUNTY WARRANTS, MS YAZOO REGIONAL CORRECTIONAL FACILITY, MT CITY OF GREAT FALLS MOST WANTED, MT DISTRICT OF MONTANA MOST WANTED, MT DOC, MT DOC MOST WANTED, MT FLATHEAD MOST WANTED, MT KALISPELL MOST WANTED, MT MISSOULA ARREST, MT YELLOWSTONE ARREST, NC AOC INFRACTION INDEX, NC CABARRUS ARREST, NC CABARRUS COUNTY WARRANT, NC CABARRUS WARRANTS, NC CATAWBA ARREST, NC CHARLOTTE MECKLENBURG MOST WANTED, NC CUMBERLAND MOST WANTED, NC DOC, NC DURHAM ARREST, NC FAYETTEVILLE MOST WANTED, NC FORSYTH MOST WANTED, NC GASTON MOST WANTED, NC GUILFORD ARREST, NC HIGHPOINT MOST WANTED, NC LINCOLN ARREST, NC LINCOLN COUNTY MOST WANTED, NC LINCOLN COUNTY WARRANTS, NC MECKLENBURG ARREST, NC RALEIGH MOST WANTED, NC RANDOLPH ARREST, NC RANDOLPH MOST WANTED, NC ROWAN ARREST, NC SALISBURY MOST WANTED, NC STATE BUREAU OF INVESTIGATION MOST WANTED, NC SURRY MOST WANTED, NC UNION ARREST, NC WESTERN DISTRICT MOST WANTED, NC WILSON MOST WANTED, ND AOC, ND BURLEIGH COUNTY SHERIFFS OFFICE, ND BURLEIGH WARRANT, ND DICKINSON MOST WANTED, ND DISTRICT AND MUNICIPAL COURTS, ND DISTRICT COURTS, ND DOC, NE ADAMS COUNTY WARRANTS, NE ADAMS MOST WANTED, NE BUTLER MOST WANTED, NE CASS COUNTY WARRANTS, NE CASS MOST WANTED, NE DAWSON COUNTY WARRANTS, NE DAWSON MOST WANTED, NE DOC, NE DODGE MOST WANTED, NE DOUGLAS COUNTY WARRANTS, NE DOUGLAS MOST WANTED, NE DOUGLAS WARRANTS, NE HALL ARREST, NE HALL MOST WANTED, NE HALL WARRANTS, NE LANCASTER COUNTY AND DISTRICT COURTS, NE LANCASTER COUNTY WARRANT, NE LANCASTER MOST WANTED, NE LANCASTER WARRANTS, NE PHELPS COUNTY WARRANT, NE US MARSHALS MOST WANTED, NE WASHINGTON COUNTY WARRANT, NH DOC, NH DPS MOST WANTED, NH HILLSBOROUGH MOST WANTED, NH HUDSON COUNTY WARRANT, NH HUDSON MOST WANTED, NH MERRIMACK MOST WANTED, NH NEW HAMPSHIRE DOC, NH ROCKINGHAM MOST WANTED, NJ AOC, NJ ATLANTIC CITY MOST WANTED, NJ ATLANTIC MOST WANTED, NJ BERGEN COUNTY MOST WANTED, NJ BERGEN MOST WANTED, NJ CAMDEN MOST WANTED, NJ CAPE MAY MOST WANTED, NJ DIVISION OF CRIMINAL JUSTICE MOST WANTED, NJ DOC, NJ EAST ORANGE MOST WANTED, NJ FAIRFIELD MOST WANTED, NJ HUDSON MOST WANTED, NJ HUNTERDON COUNTY ARREST, NJ NEWARK COUNTY MOST WANTED, NJ PEMBERTON MOST WANTED, NJ SOMERVILLE MOST WANTED, NJ STATE POLICE MOST WANTED, NJ SUSSEX MOST WANTED, NM ADMINISTRATIVE OFFICE OF THE COURTS - DISTRICT COURTS, NM ADMINISTRATIVE OFFICE OF THE COURTS - MAGISTRATE COURTS, NM ADMINISTRATIVE OFFICE OF THE COURTS - MAGISTRATE COURTS - FUGITIVES, NM ADMINISTRATIVE OFFICE OF THE COURTS - MUNICIPAL COURTS, NM AOC, NM BERNALILLO ALBUQUERQUE METROPOLITAN COURT, NM BERNALILLO ARREST, NM BERNALILLO COUNTY DOMESTIC VIOLENCE, NM BERNALILLO COUNTY METROPOLITAN COURT, NM BERNALILLO COUNTY TRAFFIC, NM BERNALILLO WARRANT, NM CORRECTIONS DEPARTMEN MOST WANTED, NM DOC, NM SAN JUAN COUNTY ARREST, NM SAN JUAN MOST WANTED, NM SANTA FE ARREST, NV CLARK ARREST, NV CLARK DISTRICT COURT, NV CLARK JUSTICE COURTS, NV CRIME STOPPERS MOST WANTED, NV DOC, NV HUMBOLDT ARREST, NV LAS VEGAS MOST WANTED, NV NEVADA GAMING COMMISSION MOST WANTED, NV RENO MOST WANTED, NV WASHOE DISTRICT COURT, NV WASHOE MOST WANTED, NY CATTARAUGUS COUNTY WARRANT, NY CHEMUNG COUNTY WARRANT, NY DOC, NY DOC INMATES, NY DOC RELEASED, NY ELMIRA MOST WANTED, NY ERIE ARREST, NY FULTON CITY ARREST, NY GREENBURGH COUNTY MOST WANTED, NY ITHACA COUNTY MOST WANTED, NY MADISON COUNTY WARRANT, NY ONEIDA ARREST, NY ONEIDA COUNTY WARRANT, NY ONEIDA MOST WANTED, NY ONEIDA WARRANT, NY ONONDAGA ARREST, NY ROSENDALE MOST WANTED, NY ROSENDALE POLICE DEPT. WARRANTS, NY STEUBEN COUNTY WARRANTS, NY STEUBEN MOST WANTED, NY ULSTER COUNTY WARRANTS, NY WALDEN MOST WANTED, NY WARREN COUNTY WARRANTS, NY WARREN MOST WANTED, NY WAYNE MOST WANTED, OH ADAMS CLERK OF COURTS, OH ADAMS COUNTY SHERIFFS OFFICE, OH ALLEN CLERK OF COURTS, OH ALLEN COURT OF COMMON PLEAS, OH ALLEN LIMA MUNICIPAL COURT, OH ASHLAND COURT OF COMMON PLEAS, OH ASHLAND MUNICIPAL COURT, OH ASHLAND SOUTH POINT MAYORS COURT, OH ASHTABULA COMMON PLEAS, OH ASHTABULA COMMON PLEAS EASTERN, OH ASHTABULA COMMON PLEAS WESTERN, OH ASHTABULA COURT OF COMMON PLEAS, OH ASHTABULA EASTERN COURT, OH ASHTABULA MUNICIPAL COURT, OH ASHTABULA WESTERN COURT, OH ATHENS CLERK OF COURTS, OH ATHENS MUNICIPAL COURT, OH AUGLAIZE COMMON PLEAS COURT, OH AUGLAIZE MUNICIPAL COURT, OH BELMONT COURT OF COMMON PLEAS, OH BELMONT EASTERN COURT, OH BELMONT NORTHERN COURT, OH BELMONT WESTERN COURT, OH BROWN COURT OF COMMON PLEAS, OH BROWN MUNICIPAL COURT, OH BULTER COUNTY MIDDLETOWN MUNICIPAL COURT, OH BUTLER CLERK OF COURTS, OH BUTLER COMMON PLEAS / MUNICIPAL COURTS, OH BUTLER COUNTY AREA COURT, OH BUTLER COUNTY FAIRFIELD MUNICIPAL COURT, OH BUTLER FAIRFIELD MUNICIPAL CRIMINAL COURT, OH BUTLER FAIRFIELD MUNICIPAL TRAFFIC COURT, OH BUTLER HAMILTON MUNICIPAL COURT, OH BUTLER MIDDLETOWN MUNICIPAL COURT, OH BUTLER TRENTON MAYORS COURT, OH CAMBRIDGE MUNICIPAL COURT TRAFFIC, OH CARROLL MUNICIPAL COURT, OH CENTRAL OHIO MOST WANTED, OH CHAMPAIGN ARREST, OH CHAMPAIGN COURT OF COMMON PLEAS, OH CHAMPAIGN MUNICIPAL COURT, OH CLARK CLERK OF COURTS, OH CLARK MUNICIPAL COURT, OH CLARK MUNICIPAL CRIMINAL COURT, OH CLARK MUNICIPAL TRAFFIC COURT, OH CLERMONT COMMON PLEAS, OH CLERMONT COURT OF COMMON PLEAS, OH CLERMONT MOST WANTED, OH CLERMONT MUNICIPAL, OH CLERMONT MUNICIPAL COURT, OH CLERMONT MUNICIPAL COURT TRAFFIC, OH CLEVELAND MUNICIPAL, OH CLINTON COURT OF COMMON PLEAS, OH CLINTON MUNICIPAL COURT, OH COLUMBIANA COURT OF COMMON PLEAS, OH COLUMBIANA EAST LIVERPOOL MUNICIPAL CRIMINAL COURT, OH COLUMBIANA EAST LIVERPOOL MUNICIPAL TRAFFIC COURT, OH COLUMBIANA LISBON MUNICIPAL COURT, OH COSHOCTON COURT OF COMMON PLEAS, OH COSHOCTON MUNICIPAL COURT, OH CRAWFORD COURT OF COMMON PLEAS, OH CRAWFORD MUNICIPAL COURT, OH CUYAHOGA BEDFORD MUNICIPAL COURT, OH CUYAHOGA BEREA MUNICIPAL COURT, OH CUYAHOGA BROOK PARK MAYORS COURT, OH CUYAHOGA CLERK OF COURTS, OH CUYAHOGA CLEVELAND HEIGHTS MUNICIPAL CRIMINAL, OH CUYAHOGA CLEVELAND HEIGHTS MUNICIPAL TRAFFIC, OH CUYAHOGA CLEVELAND MUNICIPAL COURT, OH CUYAHOGA COMMON PLEAS COURT, OH CUYAHOGA COUNTY CLEVELAND HEIGHTS MUNICIPAL COURT, OH CUYAHOGA EAST CLEVELAND MUNICIPAL, OH CUYAHOGA EUCLID MUNICIPAL COURT, OH CUYAHOGA FALLS MUNICIPAL COURT, OH CUYAHOGA GARFIELD HEIGHTS MUNICIPAL COURT, OH CUYAHOGA LAKEWOOD MUNICIPAL, OH CUYAHOGA LAKEWOOD MUNICIPAL COURT ARCHIVE, OH CUYAHOGA LINNDALE MAYORS COURT, OH CUYAHOGA LYNDHURST MUNICIPAL COURT, OH CUYAHOGA MIDDLEBURG HEIGHTS MAYORS COURT, OH CUYAHOGA NEWBURG HEIGHTS MAYORS COURT, OH CUYAHOGA NORTH OLMSTED MAYORS COURT, OH CUYAHOGA NORTH ROYALTON MAYORS COURT, OH CUYAHOGA ORANGE VILLAGE MAYORS COURT, OH CUYAHOGA PARMA HEIGHTS MAYORS COURT, OH CUYAHOGA PARMA MUNICIPAL COURT, OH CUYAHOGA ROCKY RIVER MUNICIPAL, OH CUYAHOGA SHAKER HEIGHTS MUNICIPAL, OH CUYAHOGA SOLON MAYORS COURT, OH CUYAHOGA SOUTH EUCLID MUNICIPAL, OH DARKE COUNTY CLERK OF THE COURTS OF COMMON PLEAS, OH DARKE MUNICIPAL COURT, OH DEFIANCE

**Runyon, Carolyn Kay** ▬▬▬▬

**CLEARSTAR**

CLERK OF COURTS, OH DEFIANCE MUNICIPAL COURT, OH DELAWARE ARREST, OH DELAWARE CLERK OF COURT, OH DELAWARE MOST WANTED, OH DELAWARE MUNICIPAL COURT, OH DELAWARE SHAWNEE HILLS MAYORS COURT, OH DEPARTMENT OF PUBLIC SAFETY HABITUAL OFFENDERS, OH DOC, OH DOC MOST WANTED, OH DOC PAROLE VIOLATORS AT LARGE WARRANT, OH ERIE COURT OF COMMON PLEAS, OH ERIE HURON MUNICIPAL COURT, OH ERIE MUNICIPAL COURT, OH ERIE SANDUSKY MUNICIPAL COURT, OH ERIE VERMILION MUNICIPAL COURT, OH FAIRFIELD COURT OF COMMON PLEAS, OH FAIRFIELD LITHOPOLIS MAYORS COURT, OH FAIRFIELD MUNICIPAL COURT, OH FAYETTE ARREST, OH FAYETTE COURT OF COMMON PLEAS, OH FAYETTE WARRANT, OH FAYETTE WASHINGTON COURT HOUSE MUNICIPAL COURT, OH FRANKLIN COUNTY COURT, OH FRANKLIN COUNTY HILLIARD MUNICIPAL COURT, OH FRANKLIN COURT OF COMMON PLEAS, OH FRANKLIN GROVE CITY MAYORS COURT, OH FRANKLIN HILLIARD MAYORS COURT, OH FRANKLIN MAYORS COURT, OH FRANKLIN MOST WANTED, OH FRANKLIN MUNICIPAL COURT, OH FRANKLIN MUNICIPAL TRAFFIC, OH FRANKLIN WESTERVILLE MAYORS COURT, OH FULTON COMMON PLEAS, OH FULTON COMMON PLEAS EASTERN, OH FULTON COMMON PLEAS WESTERN, OH FULTON COURT OF COMMON PLEAS, OH FULTON EASTERN DISTRICT COURT, OH FULTON WESTERN DISTRICT COURT, OH GALLIA ARREST, OH GALLIA CLERK OF COURTS, OH GALLIA COUNTY ARREST, OH GALLIA GALLIPOLIS MUNICIPAL COURT, OH GALLIA MOST WANTED, OH GEAUGA CHARDON MUNICIPAL COURT, OH GEAUGA COUNTY CHARDON MUNICIPAL COURT, OH GEAUGA COURT OF COMMON PLEAS, OH GREENE CLERK OF COURTS, OH GREENE COURT OF COMMON PLEAS, OH GREENE FAIRBORN MUNICIPAL COURT, OH GREENE XENIA MUNICIPAL CRIMINAL, OH GREENE XENIA MUNICIPAL TRAFFIC, OH GUERNSEY ARREST, OH GUERNSEY CAMBRIDGE MUNICIPAL COURT, OH GUERNSEY COUNTY CAMBRIDGE MUNICIPAL COURT, OH GUERNSEY COURT OF COMMON PLEAS, OH HAMILTON ARLINGTON HEIGHTS MAYORS COURT, OH HAMILTON ARREST, OH HAMILTON CLERK OF COURTS, OH HAMILTON LOCKLAND MAYORS COURT, OH HAMILTON MONTGOMERY MAYORS COURT, OH HAMILTON SILVERTON MAYORS COURT, OH HAMILTON ST. BERNARD MAYORS COURT, OH HANCOCK CLERK OF COURTS, OH HANCOCK COMMON PLEAS, OH HANCOCK COURT OF COMMON PLEAS, OH HANCOCK FINDLAY MUNICIPAL COURT, OH HARDIN CLERK OF COURTS, OH HARDIN OH COMMON PLEAS, OH HARRISON COURT OF COMMON PLEAS, OH HARRISON MUNI COURT, OH HENRY COURT OF COMMON PLEAS, OH HENRY NAPOLEON MUNICIPAL COURT, OH HIGHLAND ARREST, OH HIGHLAND COURT OF COMMON PLEAS, OH HIGHLAND HILLSBORO MUNICIPAL COURT, OH HIGHLAND MOST WANTED, OH HOCKING COURT OF COMMON PLEAS, OH HOCKING MUNICIPAL COURT, OH HOLMES COURT OF COMMON PLEAS, OH HOLMES MUNICIPAL COURT, OH HURON CLERK OF COURTS, OH HURON NORWALK MUNICIPAL COURT, OH JACKSON CLERK OF COURTS, OH JACKSON MUNICIPAL COURT, OH JEFFERSON COURT OF COMMON PLEAS, OH JEFFERSON DILLONVALE COUNTY COURT, OH JEFFERSON STEUBENVILLE MUNICIPAL COURT, OH JEFFERSON TORONTO COUNTY COURT, OH JEFFERSON WINTERSVILLE COUNTY COURT, OH KNOX CLERK OF COURTS, OH KNOX MOST WANTED, OH KNOX MOUNT VERNON MUNICIPAL COURT, OH LAKE COURT OF COMMON PLEAS, OH LAKE MENTOR MUNICIPAL COURT, OH LAKE MOST WANTED, OH LAKE PAINESVILLE MUNICIPAL COURT, OH LAKE WILLOUGHBY MUNICIPAL COURT, OH LAWRENCE CLERK OF COURTS, OH LAWRENCE MUNICIPAL COURT, OH LAWRENCE SOUTH POINT MAYORS COURT, OH LICKING ARREST, OH LICKING COUNTY ARREST, OH LICKING COURT OF COMMON PLEAS, OH LICKING MUNICIPAL COURT, OH LICKING PATASKALA MAYORS COURT, OH LOGAN ARREST, OH LOGAN BELLEFONTAINE MUNICIPAL COURT, OH LOGAN CLERK OF COURTS, OH LOGAN COURT OF COMMON PLEAS, OH LORAIN AVON LAKE MUNICIPAL COURT, OH LORAIN COUNTY AVON LAKE MUNICIPAL COURT, OH LORAIN COURT OF COMMON PLEAS, OH LORAIN ELYRIA MUNICIPAL COURT, OH LORAIN LORAIN MUNICIPAL COURT, OH LORAIN OBERLIN MUNICIPAL COURT, OH LUCAS COURT OF COMMON PLEAS, OH LUCAS MAUMEE MUNICIPAL, OH LUCAS OREGON MUNICIPAL COURT, OH LUCAS SYLVANIA MUNICIPAL, OH LUCAS SYLVANIA MUNICIPAL COURT, OH LUCAS TOLEDO MUNICIPAL COURT, OH LYNDHURST MUNICIPAL, OH MADISON ARREST, OH MADISON COURT OF COMMON PLEAS, OH MADISON MUNICIPAL COURT, OH MAHONING ARREST, OH MAHONING AUSTINTOWN AREA COURT, OH MAHONING BOARDMAN AREA COURT, OH MAHONING CAMPBELL MUNICIPAL COURTS, OH MAHONING CANFIELD AREA COURT, OH MAHONING CANFIELD MAYORS COURT, OH MAHONING COURT OF COMMON PLEAS, OH MAHONING SEBRING AREA COURT, OH MAHONING STRUTHERS MUNICIPAL COURT, OH MAHONING YOUNGSTOWN MUNICIPAL, OH MARION COURT OF COMMON PLEAS, OH MARION MUNICIPAL COURT, OH MEDINA BRUNSWICK MAYORS COURT, OH MEDINA CLERK OF COURTS, OH MEDINA COMMON PLEAS, OH MEDINA COUNTY MEDINA MUNICIPAL COURT TRAFFIC, OH MEDINA MUNICIPAL COURT, OH MEDINA WADSWORTH MUNICIPAL COURT, OH MEIGS CLERK OF COURTS, OH MEIGS MUNICIPAL COURT, OH MEIGS OH MUNICIPAL COURT, OH MERCER CELINA MUNICIPAL COURT, OH MERCER COURT OF COMMON PLEAS, OH MERCER MOST WANTED, OH MIAMI MUNICIPAL CRIMINAL, OH MIAMI MUNICIPAL TRAFFIC, OH MONROE COCP, OH MONROE COUNTY, OH MONROE COUNTY COURTS, OH MONTGOMERY ARREST, OH MONTGOMERY COUNTY ARREST, OH MONTGOMERY COURT OF COMMON PLEAS, OH MONTGOMERY DAYTON MUNICIPAL COURTS - CRIMINAL, OH MONTGOMERY DAYTON MUNICIPAL COURTS - TRAFFIC, OH MONTGOMERY HUBERHEIGHTS COUNTY COURT, OH MONTGOMERY KETTERING MUNICIPAL COURT, OH MONTGOMERY MIAMISBURG MUNICIPAL COURT, OH MONTGOMERY MORAINE MAYORS COURT, OH MONTGOMERY MUNICIPAL COURTS EASTERN DIVISION, OH MONTGOMERY MUNICIPAL COURTS WESTERN DIVISION, OH MONTGOMERY NEW LEBANON COUNTY COURT, OH MONTGOMERY VANDALIA MUNICIPAL COURT, OH MORROW MUNICIPAL COURT, OH MUSKINGUM COMMON PLEAS COURT, OH MUSKINGUM COURT, OH MUSKINGUM ZANESVILLE MUNICIPAL COURT, OH NEW ALBANY MAYORS COURT, OH NOBLE CLERK OF COURTS, OH OLMSTED FALLS MAYORS COURT, OH OTTAWA COURT OF COMMON PLEAS, OH OTTAWA MUNICIPAL COURT, OH OTTAWA PUT-IN-BAY MAYORS COURT, OH PAULDING COUNTY COURT, OH PERRY COUNTY COURT, OH PERRY COURT OF COMMON PLEAS, OH PICKAWAY CIRCLEVILLE MUNICIPAL COURT, OH PICKAWAY CLERK OF COURTS, OH PIKE COUNTY COURT, OH PORTAGE COURT OF COMMON PLEAS, OH PORTAGE KENT MUNICIPAL COURT, OH PORTAGE RAVENNA MUNICIPAL COURT, OH PREBLE CLERK OF COURTS, OH PREBLE COMMON PLEAS COURT, OH PREBLE EATON MUNICIPAL COURT, OH PREBLE MOST WANTED, OH PUTNAM CLERK OF COURTS, OH PUTNAM MUNICIPAL COURT, OH RICHLAND CLERK OF COURTS, OH RICHLAND COUNTY MANSFIELD MUNICIPAL COURT, OH RICHLAND ONTARIO MAYORS COURT, OH RICHLAND PLYMOUTH MAYORS COURT, OH ROSS CHILLICOTHE MUNICIPAL COURT, OH ROSS COMMON PLEAS COURT, OH ROSS COURT OF COMMON PLEAS, OH SANDUSKY ARREST, OH SANDUSKY BELLEVUE MUNICIPAL COURT, OH SANDUSKY CLERK OF COURTS, OH SANDUSKY FREMONT MUNICIPAL COURT, OH SCIOTO COURT OF COMMON PLEAS, OH SCIOTO PORTSMOUTH MUNICIPAL COURT, OH SENECA COMMON PLEAS COURT, OH SENECA COURT OF COMMON PLEAS, OH SENECA TIFFIN FOSTORIA MUNICIPAL COURT, OH SHELBY ARREST, OH SHELBY CLERK OF COURTS, OH SHELBY COUNTY SIDNEY MUNICIPAL COURT, OH SHELBY SIDNEY MUNICIPAL COURT, OH SOUTHEASTERN COUNTY JAIL, OH STARK ALLIANCE MUNICIPAL, OH STARK COUNTY CANTON MUNICIPAL COURT, OH STARK COUNTY COMMON PLEAS COURT, OH STARK MASSILLON MUNICIPAL COURT, OH SUMMIT AKRON MUNICIPAL COURT, OH SUMMIT BARBERTON MUNICIPAL CRIMINAL, OH SUMMIT BARBERTON MUNICIPAL TRAFFIC, OH SUMMIT CLERK OF COURTS, OH SUMMIT COUNTY BARBERTON MUNICIPAL COURT, OH SUMMIT STOW MUNICIPAL COURT CRIMINAL, OH SUMMIT STOW MUNICIPAL COURT TRAFFIC, OH TOLEDO MUNICIPAL COURTS, OH TRI-COUNTY ARREST, OH TRUMBULL COURT OF COMMON PLEAS, OH TRUMBULL EASTERN DISTRICT COURT, OH TRUMBULL

Runyon, Carolyn Kay ███████████

CLEARSTAR

GIRARD MUNICIPAL COURT, OH TRUMBULL NEWTON FALLS MUNICIPAL COURT, OH TRUMBULL NILES MUNICIPAL COURT, OH TUSCARAWAS COMMON PLEAS COURT, OH TUSCARAWAS NEW PHILADELPHIA MUNICIPAL COURT, OH TUSCARAWAS SOUTHERN DISTRICT COURT, OH UNION ARREST, OH UNION COURT OF COMMON PLEAS, OH UNION MARYSVILLE MUNICIPAL COURT, OH UNION SOUTH LEBANON MAYORS COURT, OH VAN WERT CLERK OF COURTS, OH VINTON CLERK OF COURTS, OH WARREN COMMON PLEAS COURT, OH WARREN COUNTY COURT, OH WARREN COURT OF COMMON PLEAS, OH WARREN FRANKLIN MUNICIPAL COURT, OH WARREN LEBANON MUNICIPAL COURT, OH WARREN MASON MUNICIPAL COURT, OH WARREN MORROW MAYORS COURT, OH WARREN MUNICIPAL COURT, OH WARREN SPRINGBORO MAYORS COURT, OH WARREN WAYNESVILLE MAYORS COURT, OH WASHINGTON ARREST, OH WASHINGTON MARIETTA MUNICIPAL COURT, OH WAYNE COUNTY COURT, OH WAYNE MUNICIPAL COURT - CRIMINAL, OH WAYNE MUNICIPAL COURT - TRAFFIC, OH WILLIAMS BRYAN MUNICIPAL COURT, OH WILLIAMS COURT OF COMMON PLEAS, OH WOOD BOWLING GREEN MUNICIPAL COURT, OH WOOD CLERK OF COURTS, OH WOOD COMMON PLEAS COURT, OH WOOD PERRYSBURG MUNICIPAL COURT, OH WYANDOT COMMON PLEAS COURT, OH WYANDOT UPPER SANDUSKY MUNICIPAL COURT, OK 54 DISTRICT COURTS, OK ADAIR DISTRICT COURT, OK CANADIAN DISTRICT COURT, OK CARTER ARREST, OK CLEVELAND DISTRICT COURT, OK COMANCHE ARREST, OK COMANCHE DISTRICT COURT, OK DEPT OF PUBLIC SAFETY, OK DISTRICT COURT, OK DISTRICT COURTS, OK DOC, OK DOC MOST WANTED, OK ELLIS DISTRICT COURT, OK GARFIELD DISTRICT COURT, OK LOGAN DISTRICT COURT, OK MARSHALS MOST WANTED, OK OKLAHOMA DISTRICT COURT, OK OKLAHOMA MOST WANTED, OK OKLAHOMA WARRANT, OK OSAGE ARREST, OK PAYNE DISTRICT COURT, OK PUSHMATAHA DISTRICT COURT, OK ROGER MILLS DISTRICT COURT, OK ROGERS DISTRICT COURT, OK SENTENCING COMMISSION, OK TULSA ARREST, OK TULSA COUNTY WARRANT, OK TULSA DISTRICT COURT, OK TULSA MOST WANTED, OK VIOLENT CRIME OFFENDER REGISTRY, OR AOC, OR BAKER MOST WANTED, OR BENTON MOST WANTED, OR CLACKAMAS ARREST, OR CLACKAMAS MOST WANTED, OR DESCUTHES ARREST, OR DOC, OR DOC MOST WANTED, OR DOUGLAS ARREST, OR DOUGLAS MOST WANTED, OR JACKSON ARREST, OR JOSEPHINE ARREST, OR JUDICIAL DEPARTMENT, OR LANE ARREST, OR LINCOLN ARREST, OR LINCOLN ARREST OLD, OR LINCOLN MOST WANTED, OR LINN ARREST, OR MALHEUR MOST WANTED, OR MARION ARREST, OR MARION MOST WANTED, OR MORROW COUNTY ARREST, OR MULTNOMAH ARREST, OR POLK COUNTY ARREST, OR UMATILLA ARREST, OR UMATILLA MOST WANTED, OR WASHINGTON ARREST, OR YAMHILL ARREST, PA ALLEGHENY MOST WANTED, PA AOC, PA AOC COMMON PLEAS CRIMINAL DISPOSITION, PA AOC COMMON PLEAS CRIMINAL FILING, PA AOC COURT OF COMMON PLEAS, PA AOC CRIMINAL CASES, PA AOC DISTRICT COURT CRIMINAL DISPOSITION, PA AOC DISTRICT COURT CRIMINAL FILING, PA AOC NON TRAFFIC CASE, PA AOC NON TRAFFIC CITATION, PA AOC NON TRAFFIC DISPOSITION CITATION, PA AOC NON TRAFFIC FILING CITATION , PA AOC TRAFFIC CASE, PA AOC TRAFFIC DISPOSITION CITATION, PA AOC TRAFFIC FILING CITATION , PA BEAVER COUNTY MOST WANTED, PA BERKS MOST WANTED, PA DAUPHIN ARREST, PA DELAWARE COUNTY WARRANT, PA DOC, PA LANCASTER ARREST, PA MDJ CRIMINAL DISPOSITIONS, PA MONTGOMERY COUNTY WARRANT, PA PHILADELPHIA MUNICIPAL COURT CRIMINAL FILINGS, PA WAYNE COUNTY WARRANT, PA YORK ARREST, RI AOC, RI DISTRICT AND SUPERIOR COURTS, RI DOC, SC ABBEVILLE CIRCUIT COURT, SC ABBEVILLE MOST WANTED, SC ABBEVILLE SUMMARY COURT, SC AIKEN ARREST, SC AIKEN CIRCUIT COURT, SC AIKEN COUNTY MOST WANTED, SC AIKEN MOST WANTED, SC AIKEN SUMMARY COURT, SC ALLENDALE CIRCUIT COURT, SC ALLENDALE SUMMARY COURT, SC ANDERSON CIRCUIT COURT, SC ANDERSON COUNTY SHERIFFS OFFICE, SC ANDERSON MOST WANTED, SC ANDERSON SUMMARY COURT, SC BAMBERG CIRCUIT COURT, SC BAMBERG SUMMARY COURT, SC BARNWELL CIRCUIT COURT, SC BARNWELL SUMMARY COURT, SC BEAUFORT ARREST, SC BEAUFORT CIRCUIT COURT, SC BEAUFORT MOST WANTED, SC BEAUFORT SUMMARY COURT, SC BERKELEY ARREST, SC BERKELEY CIRCUIT COURT, SC BERKELEY SUMMARY COURT, SC CALHOUN CIRCUIT COURT, SC CALHOUN SUMMARY COURT, SC CHARLESTON ARREST, SC CHARLESTON CIRCUIT COURT, SC CHARLESTON COUNTY, SC CHARLESTON MOST WANTED, SC CHARLESTON SUMMARY COURT, SC CHEROKEE ARREST, SC CHEROKEE CIRCUIT COURT, SC CHEROKEE SUMMARY COURT, SC CHESTER CIRCUIT COURT, SC CHESTER COUNTY SHERIFFS OFFICE, SC CHESTER SUMMARY COURT, SC CHESTERFIELD CIRCUIT COURT, SC CHESTERFIELD SUMMARY COURT, SC CLARENDON CIRCUIT COURT, SC CLARENDON SUMMARY COURT, SC COLLETON CIRCUIT COURT, SC COLLETON SUMMARY COURT, SC DARLINGTON CIRCUIT COURT, SC DARLINGTON SUMMARY COURT, SC DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES, SC DILLON CIRCUIT COURT, SC DILLON SUMMARY COURT, SC DOC, SC DORCHESTER CIRCUIT COURT, SC DORCHESTER SUMMARY COURT, SC EDGEFIELD CIRCUIT COURT, SC EDGEFIELD SUMMARY COURT, SC FAIRFIELD CIRCUIT COURT, SC FAIRFIELD SUMMARY COURT, SC FLORENCE ARREST, SC FLORENCE CIRCUIT COURT, SC FLORENCE COUNTY WARRANT, SC FLORENCE SUMMARY COURT, SC GEORGETOWN CIRCUIT COURT, SC GEORGETOWN SUMMARY COURT, SC GREENVILLE CIRCUIT COURT, SC GREENVILLE SUMMARY COURT, SC GREENWOOD CIRCUIT COURT, SC GREENWOOD SUMMARY COURT, SC HAMPTON CIRCUIT COURT, SC HAMPTON SUMMARY COURT, SC HORRY ARREST, SC HORRY CIRCUIT COURT, SC HORRY COUNTY ARREST, SC HORRY SUMMARY COURT, SC JASPER CIRCUIT COURT, SC JASPER SUMMARY COURT, SC KERSHAW CIRCUIT COURT, SC KERSHAW SUMMARY COURT, SC LANCASTER CIRCUIT COURT, SC LANCASTER SUMMARY COURT, SC LAURENS CIRCUIT COURT, SC LAURENS SUMMARY COURT, SC LEE CIRCUIT COURT, SC LEE SUMMARY COURT, SC LEXINGTON ARREST, SC LEXINGTON CIRCUIT COURT, SC LEXINGTON SUMMARY COURT, SC MARION CIRCUIT COURT, SC MARION SUMMARY COURT, SC MARLBORO CIRCUIT COURT, SC MARLBORO SUMMARY COURT, SC MCCORMICK CIRCUIT COURT, SC MCCORMICK SUMMARY COURT, SC NEWBERRY CIRCUIT COURT, SC NEWBERRY SUMMARY COURT, SC OCONEE CIRCUIT COURT, SC OCONEE SUMMARY COURT, SC ORANGEBURG CIRCUIT COURT, SC ORANGEBURG SUMMARY COURT, SC PICKENS ARREST, SC PICKENS CIRCUIT COURT, SC PICKENS SUMMARY COURT, SC RICHLAND ARREST, SC RICHLAND CIRCUIT COURT, SC RICHLAND SUMMARY COURT, SC ROCK HILL MOST WANTED, SC SALUDA CIRCUIT COURT, SC SALUDA SUMMARY COURT, SC SPARTANBURG ARREST, SC SPARTANBURG CIRCUIT COURT, SC SPARTANBURG SUMMARY COURT, SC SUMTER ARREST, SC SUMTER CIRCUIT COURT, SC SUMTER SUMMARY COURT, SC UNION CIRCUIT COURT, SC UNION SUMMARY COURT, SC WILLIAMSBURG CIRCUIT COURT, SC WILLIAMSBURG SUMMARY COURT, SC YORK ARREST, SC YORK CIRCUIT COURT, SC YORK SUMMARY COURT, SD DOC ABSCONDERS, SD MINNEHAHA ARREST, SD PENNINGTON ARREST, TN AOC, TN ASHLAND CITY MOST WANTED, TN BLOUNT ARREST, TN BRADLEY COUNTY MOST WANTED, TN CARTER COUNTY SHERIFFS OFFICE, TN CHATTANOOGA CITY MOST WANTED, TN DAVIDSON ARREST, TN DAVIDSON GENERAL SESSIONS COURT, TN DOC, TN GILES COUNTY SHERIFF DEPT., TN HAMILTON ARREST, TN HAMILTON COUNTY CRIMINAL COURT, TN HAMILTON GENERAL SESSIONS COURT, TN KNOX ARREST, TN MARSHALL COUNTY SHERIFFS OFFICE, TN METHAMPHETAMINE CONVICTIONS, TN MONTGOMERY ARREST, TN MONTGOMERY COUNTY ARREST, TN MONTGOMERY WARRANTS, TN RUTHERFORD CIRCUIT COURT, TN RUTHERFORD GENERAL SESSIONS COURT, TN RUTHERFORD GENERAL SESSIONS COURTS, TN SHELBY ARREST, TN SHELBY CRIMINAL COURT, TN SHELBY GENERAL SESSIONS COURT, TN SHELBY MOST WANTED, TN SHELBY WARRANTS, TX ABILENE CRIMESTOPPERS MOST WANTED, TX AMARILLO CITY WARRANT, TX AMARILLO WARRANTS, TX ANGELINA ARREST, TX ANGELINA COUNTY COURT, TX ANGELINA DISTRICT COURT, TX ANGELINA JUSTICE OF THE PEACE, TX ARLINGTON ARREST,

**Runyon, Carolyn Kay** ▮▮▮▮▮▮



TX ARLINGTON POLICE ARREST, TX AUSTIN POLICE WARRANTS, TX BASTROP ARREST, TX BASTROP COUNTY COURTS, TX BASTROP JUSTICE OF THE PEACE, TX BAYTOWN MOST WANTED, TX BEDFORD MOST WANTED, TX BELL ARREST, TX BELL COUNTY COURT, TX BELL DISTRICT COURTS, TX BEXAR ARREST, TX BEXAR COUNTY COURTS, TX BEXAR DISTRICT COURTS, TX BEXAR PB ARREST, TX BOWIE DISTRICT AND COUNTY COURTS, TX BRAZORIA ARREST, TX BRAZORIA COUNTY COURTS, TX BRAZORIA DISTRICT COURT, TX BRAZOS ARREST, TX BRAZOS COUNTY COURT, TX BRAZOS DISTRICT COURT, TX BRAZOS JUSTICE OF THE PEACE, TX BROWNSVILLE COUNTY MOST WANTED, TX BURNET COUNTY COURT, TX CAMERON ARREST, TX CAMERON COUNTY COURT, TX CAMERON DISTRICT COURT, TX CAMERON MOST WANTED, TX CARROLLTON CITY WARRANT, TX CARROLLTON CITY WARRANTS, TX CHAMBERS BAYTOWN MUNICIPAL, TX CHAMBERS COUNTY COURT, TX COLLIN ARREST, TX COLLIN COUNTY COURT, TX COLLIN DISTRICT AND COUNTY COURTS, TX COLLIN DISTRICT COURT, TX COLLIN JUSTICE OF THE PEACE, TX COLLIN MOST WANTED, TX COLLIN WARRANT, TX COMAL ARREST, TX COMAL COUNTY COURT, TX COMAL DISTRICT COURT, TX COMAL MOST WANTED, TX DALLAS ARREST, TX DALLAS COURTS, TX DALLAS WARRANTS, TX DENTON ARREST, TX DENTON COUNTY COURT, TX DENTON COUNTY MISDEMEANORS, TX DENTON DISTRICT AND COUNTY COURTS, TX DENTON DISTRICT COURT FILED, TX DENTON DISTRICT COURTS, TX DENTON JUSTICE OF THE PEACE, TX DEPARTMENT OF PUBLIC SAFETY, TX DOC, TX ECTOR ARREST, TX EL PASO ARREST, TX EL PASO COUNTY COURTS, TX EL PASO COUNTY MOST WANTED, TX EL PASO DISTRICT COURT, TX EL PASO JUSTICE OF THE PEACE, TX EL PASO WARRANT, TX ELLIS DISTRICT COURT, TX ERATH COUNTY COURT, TX FANNIN COUNTY COURT, TX FANNIN DISTRICT COURT, TX FANNIN JUSTICE OF THE PEACE, TX FORT BEND ARREST, TX FORT BEND COUNTY COURT, TX FORT BEND DISTRICT COURTS, TX FORT BEND JUSTICE OF THE PEACE, TX FORT BEND MOST WANTED, TX FORT BEND STAFFORD MUNICIPAL COURT, TX FRANKLIN COUNTY COURT, TX GALVESTON ARREST, TX GALVESTON COUNTY COURTS, TX GALVESTON COUNTY MOST WANTED, TX GALVESTON DISTRICT COURTS, TX GALVESTON WARRANT, TX GARLAND WARRANTS, TX GRAYSON ARREST, TX GRAYSON COUNTY COURT, TX GRAYSON DISTRICT COURT, TX GRAYSON JUSTICE OF THE PEACE, TX GREGG ARREST, TX GREGG COUNTY ARREST, TX GREGG COUNTY COURT, TX GREGG DISTRICT COURTS, TX GREGG DISTRICT COURTS, TX GUADALUPE ARREST, TX GUADALUPE COUNTY COURT, TX GUADALUPE DISTRICT COURT, TX GUADALUPE JUSTICE OF THE PEACE, TX HALE ARREST, TX HALE COUNTY COURT, TX HALE DISTRICT COURT, TX HALE JUSTICE OF THE PEACE, TX HARRIS ARREST, TX HARRIS COUNTY COURTS DISPOSITION, TX HARRIS COUNTY COURTS FILING, TX HAYS ARREST, TX HAYS COUNTY COURTS, TX HAYS DISTRICT COURTS, TX HAYS JUSTICE OF THE PEACE, TX HEMPHILL WARRANT, TX HENDERSON ARREST, TX HENDERSON COUNTY COURTS, TX HENDERSON DISTRICT COURTS, TX HIDALGO COUNTY COURT, TX HIDALGO DISTRICT COURTS, TX HOOD COUNTY COURT AT LAW, TX HOOD DISTRICT COURT, TX HOPKINS COUNTY COURTS, TX HOPKINS DISTRICT COURT, TX HOWARD ARREST, TX HOWARD COUNTY COURT, TX HOWARD DISTRICT COURTS, TX HUNT CLERK OF COURTS, TX JEFFERSON COUNTY COURT, TX JEFFERSON COUNTY WARRANT, TX JEFFERSON DISTRICT COURT, TX JEFFERSON TRAFFIC, TX JOHNSON COUNTY COURT, TX JOHNSON DISTRICT COURT, TX KAUFMAN COUNTY COURTS, TX KAUFMAN DISTRICT COURTS, TX KAUFMAN JUSTICE OF THE PEACE, TX KERR ARREST, TX KERR COUNTY, TX KILLEEN MOST WANTED, TX LAMAR ARREST, TX LAMAR COUNTY COURT, TX LAMAR DISTRICT COURTS, TX LAMAR JUSTICE OF THE PEACE, TX LEWISVILLE WARRANT, TX LIBERTY COUNTY COURTS, TX LIBERTY DISTRICT COURT, TX MCLENNAN DISTRICT COURT, TX MEDINA COUNTY COURT, TX MEDINA DISTRICT COURT, TX MIDLAND ARREST, TX MIDLAND BAD CHECK WARRANTS, TX MIDLAND CONSTABLE WARRANT, TX MIDLAND CRIMINAL, TX MIDLAND TRAFFIC, TX MIDLAND VIOLATIONS, TX MONTGOMERY ARREST, TX MONTGOMERY COUNTY COURT, TX MONTGOMERY DISTRICT AND COUNTY COURTS, TX MONTGOMERY DISTRICT COURT, TX MONTGOMERY JUSTICE OF THE PEACE COURT, TX NUECES DISTRICT CLERK, TX ORANGE COUNTY COURT, TX PANOLA ARREST, TX PANOLA COUNTY COURTS, TX PANOLA DISTRICT COURTS, TX PARKER ARREST, TX PARKER COUNTY ARREST, TX PARKER COUNTY COURTS, TX PARKER DISTRICT COURTS, TX PASADENA MOST WANTED, TX POTTER ARREST, TX POTTER COURTS, TX RAINS DISTRICT COURT, TX RANDALL ARREST, TX RANDALL ARREST JAIL ROSTER, TX RANDALL COUNTY COURTS, TX RANDALL DISTRICT COURTS, TX RANDALL WARRANT, TX ROCKWALL COUNTY COURT, TX ROCKWALL DISTRICT COURT, TX ROCKWALL JUSTICE OF THE PEACE, TX SMITH ARREST, TX SMITH COUNTY COURTS, TX STATE OF TEXAS MOST WANTED, TX TARRANT COUNTY COURTS, TX TAYLOR ARREST, TX TAYLOR COUNTY COURTS, TX TAYLOR DISTRICT COURT, TX TAYLOR JUSTICE OF THE PEACE, TX TOM GREEN ARREST, TX TOM GREEN COUNTY COURTS, TX TOM GREEN DISTRICT COURTS, TX TOMGREEN COUNTY ARREST, TX TRAVIS COUNTY COURT, TX TRAVIS DISTRICT COURT, TX TRAVIS MISDEMEANOR, TX TRAVIS WARRANTS, TX UPSHUR ARREST, TX UPSHUR COUNTY CLERK, TX UPSHUR DISTRICT CLERK, TX VICTORIA ARREST, TX VICTORIA COUNTY COURT, TX VICTORIA COURT, TX VICTORIA DISTRICT COURTS DISPOSED, TX VICTORIA DISTRICT COURTS FILED, TX VICTORIA SUPERIOR COURT, TX WALKER ARREST, TX WALKER COUNTY COURT, TX WALKER JUSTICE OF THE PEACE, TX WALLER ARREST, TX WALLER COUNTY COURT, TX WALLER DISTRICT COURT, TX WALLER JUSTICE OF THE PEACE, TX WILLIAMSON ARREST, TX WILLIAMSON COUNTY COURT, TX WILLIAMSON DISTRICT COURTS, TX WILLIAMSON JUSTICE OF THE PEACE COURTS, TX WISE ARREST, TX WISE COUNTY ARREST, TX WISE COUNTY COURT, TX WISE DISTRICT COURT, TX WISE JUSTICE OF THE PEACE, TX WOOD ARREST, TX WOOD COUNTY COURTS, TX WOOD DISTRICT COURTS, TX WOOD JUSTICE OF THE PEACE, TXELPASOCOUNTYCOURT, TXHOCKLEY COURT, UNITED STATES AIR FORCE GENERAL AND SPECIAL COURT MARTIAL LIST, UNITED STATES AIR FORCE SEXUAL ASSAULTS COURT MARTIAL CONVICTIONS LIST, UNITED STATES ARMY COURT MARTIAL VERDICT LIST, UNITED STATES MARINE CORPS GENERAL AND SPECIAL COURT MARTIAL LIST, UNITED STATES NAVY SPECIAL AND GENERAL COURT MARTIAL LIST, US FEDERAL BUREAU OF PRISONS FEDERAL INMATE REGISTRY, UT ADMINISTRATIVE OFFICE OF THE COURTS DISPOSITION, UT ADMINISTRATIVE OFFICE OF THE COURTS FILING, UT AOC, UT CACHE ARREST, UT DAVIS ARREST, UT DAVIS COUNTY ARREST, UT DOC, UT IRON ARREST, UT JUSTICE COURT CRIMINAL, UT JUSTICE COURT TRAFFIC, UT MIDVALE COUNTY MOST WANTED, UT MORGAN ARREST, UT MORGANUT COUNTY ARREST, UT MORGANUT MOST WANTED, UT SALT LAKE ARREST, UT SANPETE ARREST, UT UTAH ARREST, UT UTAH COUNTY WARRANT, UT WASHINGTON ARREST, UT WEBER CORRECTIONS INMATE ROSTER, VA AOC, VA AOC CIRCUIT COURT SUPPLEMENTAL, VA ARLINGTON COUNTY MOST WANTED, VA CHESAPEAKE COUNTY MOST WANTED, VA CHESTERFIELD COUNTY MOST WANTED, VA CITY OF DANVILLE ARREST, VA DOC, VA FAIRFAX ARREST, VA FAIRFAX CIRCUIT COURT, VA NEWPORT CITY WARRANT, VA RICHMOND PD COUNTY MOST WANTED, VA RSW REGIONAL JAIL ARREST, VA VIRGINIA BEACH CIRCUIT COURT, VA WASHINGTON WARRANT, VT BRATTLEBORO COUNTY MOST WANTED, VT DOC, WA AOC, WA CLARK ARREST, WA CLARK COUNTY MOST WANTED, WA COLVILLE TRIBAL COURT WARRANT LIST, WA COWLITZ CORRECTIONS INMATE LIST, WA DOC, WA JEFFERSON ARREST, WA KENT COUNTY MOST WANTED, WA KITSAP ARREST, WA LEWIS ARREST, WA PIERCE ARREST, WA SEATTLE MUNICIPAL COURT, WA THURSTON ARREST, WA VANCOUVER COUNTY MOST WANTED, WA WHATCOM ARREST, WI AOC, WI APPLETON COUNTY MOST WANTED, WI DOC, WI KENOSHA ARREST, WI KENOSHA COUNTY MOST WANTED, WI LAKE COUNTY MUNICIPAL COURT WARRANTS, WI MARSHFIELD COUNTY MOST WANTED, WI MARSHFIELD WARRANTS, WV CHARLESTON COUNTY MOST WANTED, WV CIRCUIT COURTS, WV DOC, WV PUTNAM COUNTY MOST WANTED, WV REGIONAL JAIL ARREST, WY GILETTE COUNTY MOST

**Runyon, Carolyn Kay** ███████

CLEARSTAR

WANTED, WY GILLETTE CITY WARRANT, WY SWEETWATER WARRANT,AK SOR, AL POARCH BAND OF CREEK INDIANS SOR, AL SOR, AR SOR, AU SOR, AZ AK-CHIN INDIAN COMMUNITY SOR, AZ COCOPAH INDIAN TRIBE SOR, AZ COLORADO RIVER TRIBE SOR, AZ FORT MOJAVE INDIAN TRIBE SOR, AZ FT MCDOWELL YAVAPAI NATION SOR, AZ GILA RIVER INDIAN COMMUNITY SOR, AZ HAVASUPAI TRIBE SOR, AZ HOPI TRIBE SOR, AZ HUALAPAI TRIBE SOR, AZ KAIBAB PAIUTE TRIBE SOR, AZ NAVAJO NATION SOR, AZ PASCUA YAQUI TRIBE SOR, AZ SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY SOR, AZ SAN CARLOS APACHE TRIBE SOR, AZ SOR, AZ TOHONO OODHAM NATION SOR, AZ TONTO APACHE TRIBE SOR, AZ WHITE MOUNTAIN APACHE TRIBE SOR, AZ YAVAPAI-APACHE NATION SOR, AZ YAVAPAI-PRESCOTT INDIAN TRIBAL POLICE DEPARTMENT SOR, CA SOR, CO SOR, CT MASHANTUCKET PEQUOT TRIBAL NATION SOR, CT SOR, DC SOR, DE SOR, FL MICCOSUKEE TRIBE SOR, FL SOR, GA SOR, GU SOR, HI SOR, IA MESKWAKI NATION SAC AND FOX TRIBE OF THE MISSISSIPPI SOR, IA SOR, ID SHOSHONE-BANNOCK TRIBES SOR, ID SOR, IL SOR, IN SOR, KS IOWA TRIBE OF KANSAS AND NEBRASKA SOR, KS PRAIRIE BAND POTAWATOMI NATION SOR, KS SOR, KY SOR, LA CHITIMACHA TRIBE SOR, LA SOR, MA SOR, MD SOR, ME SOR, MI GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS SOR, MI KEWEENAW BAY INDIAN COMMUNITY SOR, MI NOTTAWASEPPI HURON BAND OF THE POTAWATOMI SOR, MI SOR, MN BOIS FORTE BAND OF CHIPPEWA SOR, MN RED LAKE NATION SOR, MN SOR, MO SOR, MS CHOCTAW INDIAN TRIBE SOR, MS SOR, MT BLACKFEET NATION SOR, MT CHIPPEWA CREE TRIBE SOR, MT CROW INDIAN TRIBE SOR, MT FORT BELKNAP GROS VENTRE AND ASSINIBOINE TRIBES SOR, MT FORT PECK ASSINIBOINE AND SIOUX TRIBES SOR, MT SOR, NC EASTERN BAND OF CHEROKEE INDIANS SOR, NC SOR, ND SOR, ND SPIRIT LAKE TRIBE SOR, ND STANDING ROCK SIOUX TRIBE SOR, ND THREE AFFILIATED TRIBES SOR, ND TURTLE MOUNTAIN SOR, NE ELY SHOSHONE TRIBE SOR, NE OMAHA NATION LAW ENFORCEMENT SOR, NE SANTEE SIOUX NATION SOR, NE SOR, NE WINNEBAGO TRIBE SOR, NH SOR, NJ SOR, NM JICARILLA APACHE NATION SOR, NM MESCALERO APACHE TRIBE SOR, NM OHKAY OWINGEH TRIBE SOR, NM PUEBLO DE SAN ILDEFONSO SOR, NM PUEBLO OF ACOMA PUBLIC SAFETY FACILITY SOR, NM PUEBLO OF ISLETA SOR, NM PUEBLO OF JEMEZ SOR, NM PUEBLO OF LAGUNA SOR, NM PUEBLO OF SANTA ANA SOR, NM PUEBLO OF ZUNI SOR, NM SOR, NM TAOS PUEBLO SOR, NORTHERN MARIANA ISLANDS SOR, NV AND CA WASHOE INDIAN TRIBES SOR, NV LAS VEGAS METRO SOR, NV MESQUITE POLICE DEPARTMENT SOR, NV NYE COUNTY SOR, NV PYRAMID LAKE PAIUTE TRIBE SOR, NV SOR, NV TE-MOAK TRIBE OF WESTERN SHOSHON SOR, NY ONEIDA INDIAN NATION SOR, NY SAINT REGIS MOHAWK TRIBE SOR, NY SOR, OH SOR, OK ABSENTEE SHAWNEE TRIBE SOR, OK CADDO NATION SOR, OK CHEROKEE NATION SOR, OK CHEYENNE AND ARAPAHO TRIBES SOR, OK CHICKASAW NATION SOR, OK CITIZEN POTAWATOMI NATION SOR, OK COMANCHE NATION SOR, OK DELAWARE NATION SOR, OK IOWA TRIBE SOR, OK KAW NATION SOR, OK KICKAPOO TRIBE SOR, OK KIOWA TRIBE SOR, OK MIAMI TRIBE SOR, OK MUSCOGEE (CREEK) NATION SOR, OK OSAGE NATION SOR, OK OTOE-MISSOURIA TRIBE SOR, OK OTTAWA TRIBE SOR, OK QUAPAW TRIBE SOR, OK SAC AND FOX NATION SOR, OK SEMINOLE NATION SOR, OK SENECA-CAYUGA TRIBE SOR, OK SOR, OK UNITED KEETOWAH BAND OF CHEROKEE INDIANS SOR, OK WYANDOTTE NATION SOR, OR CONFEDERATE TRIBE WARM SPRINGS SOR, OR CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION SOR, OR SOR, PA SOR, PR SOR, RI SOR, SC SOR, SD CHEYENNE RIVER SIOUX TRIBE SOR, SD FLANDREAU SANTEE SIOUX TRIBE SOR, SD ROSEBUD SIOUX TRIBE SOR, SD SISSETON WAHPETON OYATE INDIAN TRIBE SOR, SD SOR, TN SOR, TX ALABAMA-COUSHATTA TRIBE SOR, TX SOR, UT SOR, UT UTE INDIAN TRIBE SOR, VA SOR, VA SOR SUPPLEMENTAL INFORMATION, VI SOR, VT SOR, WA CHEHALIS TRIBE SOR, WA COLVILLE INDIAN TRIBE SOR, WA KALISPEL INDIAN TRIBE SOR, WA LOWER ELWHA KLALLAM TRIBE SOR, WA MAKAH TRIBE SOR, WA NOOKSACK INDIAN TRIBE SOR, WA QUINAULT INDIAN NATION SOR, WA SHOALWATER BAY TRIBE SOR, WA SKOKOMISH INDIAN TRIBE SOR, WA SNOQUALMIE INDIAN TRIBE SOR, WA SOR, WA SPOKANE INDIAN TRIBE SOR, WA SQUAXIN ISLAND TRIBE SOR, WA SUQUAMISH TRIBE SOR, WA TULALIP TRIBES OF WASHINGTON SOR, WA UPPER SKAGIT TRIBE SOR, WA YAKAMA NATION INDIAN TRIBE SOR, WI MENOMINEE TRIBE SOR, WI SOR, WV SOR, WY SOR, WY WIND RIVER SOR,AK MEDICAID EXCLUSIONS PROVIDER LIST, AL MEDICAID EXCLUSIONS LIST, AMERICA MOST WANTED FUGITIVES, AR EXCLUDED PROVIDER LIST, AUSTRALIA'S IMPLEMENTATION OF UNITED NATIONS SECURITY COUNCIL FINANCIAL SANCTIONS LIST, AZ MEDICAID EXCLUSIONS PROVIDER LIST, BANK OF ENGLAND CONSOLIDATED LIST, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM - ENFORCEMENT ACTIONS, BOY SCOUTS OF AMERICA EXCLUSIONS LIST, BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS, CA DEPARTMENT OF HEALTH CARE SERVICES (MEDI-CAL) SUSPENDED AND INELIGIBLE PROVIDER LIST, CANADA BRITISH COLUMBIA ROYAL MOUNTED POLICE MISSING PERSONS, CANADA BRITISH COLUMBIA ROYAL MOUNTED POLICE WANTED PERSONS, CANADIAN COUNTER TERRORISM - LISTED TERRORIST ENTITIES, CANADIAN SANCTIONS LIST - ENTITIES, CANADIAN SANCTIONS LIST - INDIVIDUALS, CIA POLITICAL PARTIES AND LEADERS, CIA POLITICAL PRESSURE GROUPS AND LEADERS, CONNECTICUT MEDICARE ADMINISTRATIVE ACTION LIST, CT MEDICARE ADMINISTRATIVE ACTION LIST, DC EXCLUDED PARTY LIST, DE ADULT ABUSE REGISTRY, DENIED PERSONS LIST, DEPARTMENT OF STATE - NON PROLIFERATION SANCTIONS, DEPARTMENT OF TREASURY DEBARRED LIST, DEPT OF JUSTICE FOREIGN AGENT REGISTRATIONS, DIRECTORATE OF DEFENSE TRADE CONTROLS - LISTS OF PARTIES DEBARRED FOR AECA CONVICTIONS, DOJ LIST OF CURRENTLY AND PREVIOUSLY DISCIPLINED PRACTITIONERS, DRUG ENFORCEMENT AGENCY - DIVERSION CONTROL ADMINISTRATIVE ACTIONS AGAINST DOCTORS, DRUG ENFORCEMENT AGENCY - DIVERSION CONTROL CRIMINAL CASES AGAINST DOCTORS, ENTITIES PARTIES LIST SYSTEM - (SAM) SYSTEM FOR AWARD MANAGEMENT LIST, EUROPEAN UNION CONSOLIDATED FINANCIAL SANCTIONS LIST, EUROPEAN UNION TERRORISM LIST, EXCLUDED PARTIES - NONPROCUREMENT LIST, EXCLUDED PARTIES - PROCUREMENT LIST, EXCLUDED PARTIES - RECIPROCAL LIST, EXCLUDED PARTIES LIST SYSTEM - (SAM) SYSTEM FOR AWARD MANAGEMENT LIST, FDA CLINICAL INVESTIGATORS COMPLIANCE LIST, FDA CLINICAL INVESTIGATORS DISQUALIFIED LIST, FDA CLINICAL INVESTIGATORS INSPECTIONS LIST, FDA CLINICAL INVESTIGATORS NO LONGER RESTRICTED LIST, FDA CLINICAL INVESTIGATORS NOTICE OF INITIATION, FDA CLINICAL INVESTIGATORS RESTRICTED LIST, FDA DEBARMENT LIST, FDA FOOD IMPORT DEBARMENT LIST, FDA NOTICE OF OPPORTUNITY FOR HEARING PROPOSAL TO DEBAR LIST, FEDERAL BUREAU OF INVESTIGATION MOST WANTED ADDITIONAL VIOLENT CRIMES, FEDERAL BUREAU OF INVESTIGATION MOST WANTED CRIME ALERTS, FEDERAL BUREAU OF INVESTIGATION MOST WANTED CRIMES AGAINST CHILDREN, FEDERAL BUREAU OF INVESTIGATION MOST WANTED CRIMINAL ENTERPRISE INVESTIGATIONS, FEDERAL BUREAU OF INVESTIGATION MOST WANTED CYBER CRIMES, FEDERAL BUREAU OF INVESTIGATION MOST WANTED DOMESTIC TERRORISTS, FEDERAL BUREAU OF INVESTIGATION MOST WANTED SEEKING INFORMATION, FEDERAL BUREAU OF INVESTIGATION MOST WANTED TERRORISTS, FEDERAL BUREAU OF INVESTIGATION MOST WANTED VIOLENT CRIMES - MURDERS, FEDERAL BUREAU OF INVESTIGATION MOST WANTED WHITE COLLAR CRIMES, FEDERAL BUREAU OF INVESTIGATION TOP TEN MOST WANTED, FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) LIST OF FAILED BANKS, FEDERAL DEPOSIT INSURANCE CORPORATION ENFORCEMENT ACTIONS, FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL (FFIEC) UNAUTHORIZED BANK LIST, FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL (FFIEC) UNAUTHORIZED BANKS WATCH LIST(OCC ALERTS), FEDERAL HOUSING FINANCE AGENCY SUSPENDED COUNTERPARTY PROGRAM, FEDERAL RESERVE ENFORCEMENT ACTIONS, FINANCIAL INDUSTRY REGULATORY AUTHORITY FINRA BARRED

**Runyon, Carolyn Kay** ▇▇▇▇▇▇

CLEARSTAR

INDIVIDUALS, FINANCIAL INDUSTRY REGULATORY AUTHORITY FINRA DISCIPLINARY ACTIONS, FL SUSPENDED PROVIDERS LIST, FTC BANNED DEBT COLLECTORS LIST, GA DEPT OF BANKING AND FINANCE, CEASE AND DESIST ORDERS, CONSENT ORDERS, SUPERIOR COURT INJUNCTIONS, GA OFFICE OF INSPECTOR GENERAL OIG EXCLUSIONS LIST, HEALTH EDUCATION ASSISTANCE LOANS (HEAL DEFAULT BORROWERS), HI EXCLUSION AND REINSTATEMENT LIST, HONG KONG MONETARY AUTHORITY LIST, HONG KONG SECURITIES AND FUTURES COMMISSION (SFC) ENFORCEMENT ACTIONS, IA DIRECT CARE WORKER REGISTRY, ICE MOST WANTED FUGITIVE, ID MEDICARE EXCLUDED PROVIDERS, IL PROVIDER SANCTION LIST, IN TERMINATED PROVIDERS LIST, INTERPOL, INTERPOL (INTERNATIONAL CRIMINAL POLICE ORGANIZATION) MOST WANTED, INTERPOL INCIDENT ALERT, KENTUCKY MEDICAID EXCLUSION LIST, KS DEPARTMENT FOR AGING AND DISABILITY SERVICES - ABUSE REGISTRY, KS MEDICAID TERMINATED PROVIDER LIST, KY EXCLUDED MEDICAID PROVIDERS, LA MEDICAID EXCLUDED PROVIDER LIST, MA HEALTH AND HUMAN SERVICES DISCIPLINARY ACTIONS HISTORICAL, MD MEDICAID PROGRAM SANCTIONED PROVIDERS, ME EXCLUDED PROVIDERS, MI DEPARTMENT OF COMMUNITY HEALTH LIST OF SANCTIONED PROVIDERS, MINISTRY OF EXPORT TRADE AND INVESTMENT (METI) JAPAN, MN MEDICAID EXCLUDED PROVIDER LIST, MO CASINO INVOLUNTARY EXCLUSION LIST, MO MEDICAID TERMINATED PROVIDER LIST, MONETARY AUTHORITY OF SINGAPORE ENFORCEMENT ACTIONS, MONEY SERVICES BUSINESSES FINANCIAL CRIMES ENFORCEMENT NETWORK LIST, MS EXCLUDED PROVIDERS, MT MEDICAID EXCLUDED OR TERMINATED PROVIDER LIST, NC HEALTH AND HUMAN SERVICES STATE EXCLUDED PROVIDER LIST, NCUA ADMINISTRATIVE ORDERS, ND MEDICAID EXCLUSION PROVIDER LIST, ND NURSE AIDE ABUSE REGISTRY, NE MEDICAID EXCLUDED, NJ CASINO EXCLUSION LIST, NJ DEBARMENT LIST, NV GAMING CONTROL BOARD EXCLUSION LIST, NV MEDICAID EXCLUSION LIST, NV REINSTATEMENT LIST, NY MEDICAID INSPECTOR EXCLUSION LIST, NY STATE IRANIAN DIVESTMENT ACT OF 2012, NY STATE OFFICE MEDICAID INSPECTOR GENERAL, NY STOCK EXCHANGE AMERICAN STOCK EXCHANGE DISCIPLINARY ACTIONS LIST, NY STOCK EXCHANGE ARCHIPELAGO EXCHANGE DISCIPLINARY ACTIONS LIST, NYSE DISCIPLINARY ACTIONS, OFFICE OF FOREIGN ASSETS CONTROL (OFAC NON-SDN) CONSOLIDATED SANCTIONS LIST, OFFICE OF FOREIGN ASSETS CONTROL (OFAC) SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS, OFFICE OF INSPECTOR GENERAL - MOST WANTED HEALTH CARE FUGITIVES, OFFICE OF RESEARCH INTEGRITY - FINDINGS OF RESEARCH MISCONDUCT AND ADMINISTRATIVE ACTIONS, OFFICE OF THE COMPTROLLER OF CURRENCY - BANK ENFORCEMENT ACTIONS, OFFICE OF THE COMPTROLLER OF CURRENCY - OFFICE OF THRIFT SUPERVISION - ENFORCEMENT ACTIONS, OFFICE OF THE COMPTROLLER OF CURRENCY-INSTITUTION AFFILIATED PARTIES ENFORCEMENT ACTIONS, OFFICE OF THRIFT SUPERVISION - ENFORCEMENT ACTIONS, OH DEPARTMENT OF DEVELOPMENTAL DISABILITIES ONLINE ABUSER REGISTRY, OH MEDICAID PROVIDER EXCLUSION AND SUSPENSION LIST, OHIO SANCTIONED/TERMINATED MEDICARE PROVIDERS, OIG HEALTH AND HUMAN SERVICES - CIA REPORTABLE EVENT SETTLEMENTS, OIG HEALTH AND HUMAN SERVICES - CIVIL MONETARY PENALTIES AND AFFIRMATIVE EXCLUSIONS, OIG HEALTH AND HUMAN SERVICES - CORPORATE INTEGRITY AGREEMENT ENFORCEMENT, OIG HEALTH AND HUMAN SERVICES - LIST OF EXCLUDED INDIVIDUALS AND ENTITIES, OIG HEALTH AND HUMAN SERVICES - PROVIDER SELF-DISCLOSURE SETTLEMENTS, OIG HEALTH AND HUMAN SERVICES - WAIVERS FOR EXCLUDED INDIVIDUALS AND ENTITIES, OK NURSE AIDE ABUSE AND/OR CONVICTION REGISTRY, PENNSYLVANIA MEDICHECK LIST, POLITICALLY EXPOSED PERSON LIST, PRIMARY MONEY LAUNDERING CONCERN FINANCIAL CRIMES ENFORCEMENT NETWORK LIST, ROYAL CANADIAN MOUNTED POLICE WANTED, SC EXCLUDED PROVIDERS, SCOTLAND YARDS MOST WANTED, SECRET SERVICE MOST WANTED, SECURITIES AND EXCHANGE COMMISSION ENFORCEMENT ACTIONS - FEDERAL COURT ACTIONS, SOUTH AFRICA NATIONAL TREASURY OF RESTRICTED SUPPLIERS, TERRORISM KNOWLEDGE BASE, TN DEPARTMENT OF HEALTH ABUSE REGISTRY, TN TERMINATED PROVIDERS LIST, TRICARE SANCTIONS LIST, TX HEALTH AND HUMAN SERVICES COMMISSION MEDICAID AND TITLE XX PROVIDER EXCLUSION LIST, UK DISQUALIFIED DIRECTORS, UN CONSOLIDATED LIST, US AIR FORCE FUGITIVES, US COMMODITY FUTURES TRADING COMMISSION ENFORCEMENT ACTIONS, US DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE DISQUALIFIED INDIVIDUALS LIST, US DEPARTMENT OF COMMERCE, US DEPARTMENT OF COMMERCE ENTITY LIST, US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT DENIAL OF PARTICIPATION LIST, US DEPARTMENT OF STATE TERRORIST EXCLUSION LIST, US DEPT OF STATE FOREIGN TERRORIST ORGANIZATION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - ATLANTA DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - CARIBBEAN DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - CHICAGO DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - DALLAS DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - DENVER DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - DETROIT DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - EL PASO DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - HOUSTON DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - LOS ANGELES DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - MIAMI DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - NEW ENGLAND DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - NEW JERSEY DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - NEW ORLEANS DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - NEW YORK CITY DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - PHILADELPHIA DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - PHOENIX DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - SAINT LOUIS DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - SAN DIEGO DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - SAN FRANCISCO DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - SEATTLE DIVISION, US DRUG ENFORCEMENT ADMINISTRATION MOST WANTED FUGITIVES - WASHINGTON DC DIVISION, US ENVIRONMENTAL PROTECTION AGENCY FUGITIVES, US FOOD AND DRUG ADMINISTRATION- WARNING LETTERS, US IMMIGRATION AND CUSTOMS ENFORCEMENT MOST WANTED CRIMINAL ALIENS, US IMMIGRATION AND CUSTOMS ENFORCEMENT MOST WANTED FUGITIVES, US JUDO ASSOCIATION EXPELLED AND SUSPENDED MEMBERS, US JUDO DISCIPLINARY ACTIONS, US MARSHALS SERVICE FUGITIVE INVESTIGATIONS MOST WANTED, US MARSHALS SERVICE MAJOR FUGITIVE CASES, US NAVAL CRIMINAL INVESTIGATIVE SERVICE, US POSTAL SERVICE MOST WANTED, US TREASURY OFFICE OF FOREIGN ASSETS CONTROL CONSOLIDATED SANCTIONS LIST, USA ARCHERY SUSPENSION LIST, USA DIVING PERMANENTLY INELIGIBLE MEMBERS, USA GYMNASTICS PERMANENTLY INELIGIBLE MEMBERS, USA SWIMMING PERMANENTLY SUSPENDED OR INELIGIBLE MEMBERS, USA TAEKWONDO SUSPENSION LIST, UT NURSE AIDE ABUSE REGISTRY, VT OFFICE OF PROFESSIONAL REGULATION CONDUCT DECISIONS, WA MEDICAID EXCLUDED AND TERMINATION PROVIDER LIST, WA SOCIAL AND HEALTH SERVICES FACILITY SANCTIONS LIST, WI NURSE AIDE CAREGIVER MISCONDUCT REGISTRY, WORLD BANK DEBARRED LIST, WV EXCLUDED PROVIDERS, WY EXCLUDED PROVIDERS

**Runyon, Carolyn Kay** ▮▮▮▮▮▮

CLEARSTAR

*Para información en español, visite [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.**For more information, including information about additional rights, go to [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency

**Runyon, Carolyn Kay** ▮▮▮▮▮▮▮

CLEARSTAR

must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.

The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify

**Runyon, Carolyn Kay** ███████

**CLEARSTAR**

the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

Runyon, Carolyn Kay ███████

CLEARSTAR

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB:. | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box. 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |

Runyon, Carolyn Kay ██████████



| | |
|---|---|
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission:<br>Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

Runyon, Carolyn Kay ███████

CLEARSTAR

### Ohio Consumers Have the Right to Obtain a Security Freeze

You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You have a right to place a "security freeze" on your credit report pursuant to Ohio law. The security freeze will prohibit a consumer credit reporting agency from releasing any information in your credit report without your express authorization or approval. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. When you place a security freeze on your credit report, within five business days you will be provided a personal identification number or password to use if you choose to remove the security freeze on your credit report or to temporarily authorize the release of your credit report for a specific party or parties or for a specific period of time after the security freeze is in place. To provide that authorization, you must contact the consumer credit reporting agency and provide all of the following:

(a) Information generally considered sufficient to identify the consumer;

(b) The unique personal identification number or password provided by the consumer credit reporting agency;

(c) The proper information regarding the third party who is to receive the consumer credit report or the time period for which the credit report shall be available to users of the credit report.

A consumer credit reporting agency that receives a request from a consumer to temporarily lift a security freeze on a credit report shall comply with the request not later than fifteen minutes after receiving the request.

A security freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control, or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, a few days before actually applying for new credit.

**If you wish to contact ClearStar, Inc., you can contact ClearStar, Inc. by phone at (877) 275-7099 or by mail at 6250 Shiloh Road,Suite 300,Alpharetta,GA 30005.**

**If you wish to obtain a security freeze on your credit file with the credit bureaus, you should contact the credit bureaus at:**

| Experian | TransUnion – Consumer Relations | Equifax |
|---|---|---|
| www.experian.com | www.transunion.com/direct | www.equifax.com |
| (888) 397-3742 | (800) 888-4213 | (800) 685-1111 |
| P.O. Box 2350 | 2 Baldwin Place | P.O. Box 740241 |

**Runyon, Carolyn Kay** ███████

CLEARSTAR

Chatsworth, CA 91313        P.O. Box 1000          Atlanta, GA
                           Chester, PA 19022       30374-0241

**Runyon, Carolyn Kay** ███████



### New York State Correction Law
### Article 23-A, Section 753
### Licensure and Employment of Persons
### Previously Convicted of One or More Criminal Offenses

§753. Factors to be considered concerning a previous criminal conviction; presumption.

1. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors:

> (a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.
> (b) The specific duties and responsibilites necessarily related to the license or employment sought or held by the person.
> (c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.
> (d) The time which has elapsed since the occurrence of the criminal offense or offenses.
> (e) The age of the person at the time of occurrence of the criminal offense or offenses.
> (f) The seriousness of the offense or offenses.
> (g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.
> (h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

2. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.