**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/18/2022, 11:28 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good morning.  This is another follow up regarding the documentation you are awaiting from the Social Security Administration.  Please forward the information as soon as possible, so that we may continue our reinvestigation.  If we do not receive this information by the end of business today, we will close the case.  If the information is provided in the future, we can reopen the case and initiate another reinvestigation.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/13/2022, 8:22 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good morning.  This is another follow up regarding the documentation you are awaiting from the Social Security Administration.  Please forward the information as soon as possible, so that we may continue our reinvestigation.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/10/2022, 10:25 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good morning.   This is a follow up regarding the documentation you are awaiting from the Social Security Administration.   Once you receive the information, please forward to this email and we will begin another reinvestigation so we may resolve this for you as quickly as possible.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/3/2022, 3:12 PM
**To:** buckeyerunyon@gmail.com
**Subject:** RE: [EXTERNAL] Re: Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Thank you.  As soon as you have the information, please forward it to us and we will begin another reinvestigation.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Carolyn Runyon [buckeyerunyon@gmail.com]
**Sent:** 5/3/2022, 1:41 PM
**To:** privacy@clearstar.net
**Subject:** [EXTERNAL] Re: Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

June 1st 1977 is the date my social security number was issued me. I'm waiting for the information , it's in the mail.

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/3/2022, 10:14 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Re: [EXTERNAL] Carolyn Runyon

Good morning.  This is a follow up request for documentation from the SSA regarding the year of issue of your social security number.   We are unable to proceed until we receive the information as the SSA will not communicate with a third party regarding a consumer's social security number.

You have the right to add a statement to your consumer report if you choose.

Please let us know if we can assist you further.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/2/2022, 9:55 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Re: [EXTERNAL] Carolyn Runyon

Good morning.   If you can provide us with the documentation from the SSA, we can provide the information to our data administrator and request that the information be updated.   The SSA will not communicate with third parties and will only communicate with the Social Security Number holder, so we are unable to speak with the SSA on your behalf.

Once we receive the documentation they provided you, we will work to resolve this for you as quickly as possible.

Thank you,
ClearStar Compliance and Consumer Relations
6250 Shiloh Rd.
Suite 300
Alpharetta, GA 30005
www.clearstar.net
Office) 877-796-2559

**From:** Carolyn Runyon [buckeyerunyon@gmail.com]
**Sent:** 5/2/2022, 9:19 AM
**To:** privacy@clearstar.net
**Subject:** Re: [EXTERNAL] Carolyn Runyon

I spoke with social security and they informed me your information was incorrect.  I lost a 30 dollar an hour job over this. Thanks!

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 5/2/2022, 9:07 AM
**To:** buckeyerunyon@gmail.com
**Subject:** Re: [EXTERNAL] Carolyn Runyon

Good morning.   We confiirmed with our data provider that they are unable to correct a year of issue at the Social Security Administration.   You will need to contact them at 1-800-772-1213 to have your information corrected.  Once they confirm the year of issue has been updated, we can re-run your report to ensure the information has been corrected.  Please let us know if we can assist you further.

Thank you,
ClearStar Compliance and Consumer Relations

**From:** Tammy Andrews [tandrews@appriss.com]
**Sent:** 4/28/2022, 2:09 PM
**To:** privacy@clearstar.net
**Subject:** [EXTERNAL] RE: Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good afternoon Karen,

From time to time, inaccuracies may appear since the underlying source data is imperfect and will always have some inherent flaws.  There's nothing we can do on our end, it will need to be handled at the source.

## Have a wonderful blessed day!


## Tammy Andrews

Client Services Representative

**t** 540.725.1571

tandrews@appriss.com

Customer Support page: https://apprissinsights.com/resources/support/

Court Closures & Delays: https://info.apprissinsights.com/court_updates

Court Updates and Fees (apprissinsights.com)

California and Michigan Court Updates and Fees (apprissinsights.com)



Website / LinkedIn / Twitter / Blog

**From:** Tammy Andrews
**Sent:** Thursday, April 28, 2022 1:39 PM
**To:** Compliance-Privacy <privacy@clearstar.net>
**Subject:** RE: Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good afternoon Karen,

Yes I did receive the information you sent me, and I forwarded that to our specialist above me. I will reach out and see if I can obtain an ETA on an answer.

## Have a wonderful blessed day!

## Tammy Andrews

Client Services Representative

**t** 540.725.1571

tandrews@appriss.com

Customer Support page: https://apprissinsights.com/resources/support/

Court Closures & Delays: https://info.apprissinsights.com/court_updates

Court Updates and Fees (apprissinsights.com)

California and Michigan Court Updates and Fees (apprissinsights.com)



Website / LinkedIn / Twitter / Blog

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** Compliance-Privacy
**Sent:** Thursday, April 28, 2022 1:10 PM
**To:** Tammy Andrews <tandrews@appriss.com>
**Subject:** Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

**EXTERNAL SENDER**

Hi Tammy.  I just wanted to ensure you received the information I sent yesterday regarding the year of
issue of the SSN for Carolyn Runyon.  I need to let her know if it can be corrected, or if she needs to
contact the SSA.    Thank you!

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is
directed and may contain information that is proprietary and/or confidential. It is not to be transmitted
to or received by anyone other than the named addressee (or a person authorized to deliver it to the
named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received
this electronic mail transmission in error, delete it from your system immediately without copying or
forwarding it, and notify the sender of the error by replying via email, so that our address record can be
corrected.

**From:** Compliance-Privacy [privacy@clearstar.net]
**Sent:** 4/26/2022, 10:38 AM
**To:** tandrews@appriss.com
**Subject:** [Encrypt] Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Hi Tammy.

It is

xxx-xx-0036

Let me know if anything else is needed.   Thank you.

**From:** Tammy Andrews [tandrews@appriss.com]
**Sent:** 4/25/2022, 3:18 PM
**To:** privacy@clearstar.net
**Subject:** [EXTERNAL] RE: Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

Good afternoon Karen,

Will you kindly provide the full SSN in an encrypted email please?

*Have a wonderful blessed day!*

*Tammy Andrews*

Client Services Representative

**t** 540.725.1571

tandrews@appriss.com

Customer Support page: https://apprissinsights.com/resources/support/

Court Closures & Delays: https://info.apprissinsights.com/court_updates

California and Michigan Court Updates and Fees (apprissinsights.com)



Website / LinkedIn / Twitter / Blog

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** Compliance-Privacy
**Sent:** Monday, April 25, 2022 10:01 AM
**To:** Tammy Andrews <tandrews@appriss.com>
**Subject:** Applicant Dispute | Carolyn Runyon | Profile Number 2022041548873783

**EXTERNAL SENDER**

Good morning.   We have an applicant born in 1977.   The SSN she provided was reported as having been issued in 1973.  It did return with only her name and addresses.  Is there a way we can dispute this, or will she need to contact the SSA directly?

Thank you for your assistance.

Karen Singley
ClearStar Compliance and Consumer Relations

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is proprietary and/or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system immediately without copying or forwarding it, and notify the sender of the error by replying via email, so that our address record can be corrected.

**From:** Carolyn Runyon [buckeyerunyon@gmail.com]
**Sent:** 4/22/2022, 8:10 AM
**To:** privacy@clearstar.net
**Subject:** [EXTERNAL] Carolyn Runyon

Good morning,  I have been informed that my background check through your company has been flagged because my social security number was issued prior to my date of birth. I called and spoke with a representative and she told me to email so I could dispute these findings. It caused me to lose the opportunity for a good paying job. Please let me know if I can provide any additional information. Thank you for your time and consideration.

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.