**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| CAROLYN KAY RUNYON, individually and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:24-cv-01519 |
| v. | ) ) | Hon. Orelia E. Merchant |
| CLEARSTAR, INC., LICEDOCTORS, LLC APPRISS INSIGHTS, LLC, and DOES 1 -10 inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Carolyn Kay Runyon ("Plaintiff") and Defendant Appriss Insights, LLC ("Appriss"), collectively hereinafter the Parties, hereby file this status report in accordance with the Court's Order on April 7, 2025 directing the Parties to file a joint status report regarding settlement discussions by March 14, 2025.

The Parties have spoken multiple times in active settlement discussions. The parties have conducted informal exchange of documents and Plaintiff has provided a best and final settlement offer. The parties have reached an impasse on settlement discussions at this time, but agree to revisit the possibility for negotiations in the future. There is currently a stay in discovery pending a ruling on Defendant ClearStar Inc.'s Motion for Judgment on the Pleadings, which is fully briefed.  It is Appriss' position that the outcome of that Motion will materially impact the claims against Appriss. Namely if ClearStar, Inc,'s Motion is granted holding that social security information is not consumer report information, the claims against Appriss allegedly providing consumer report information will also fail.  As such, Appriss requests that the discovery continue to be stayed for all parties until ClearStar's Motion for Judgment on the Pleadings is ruled upon.

317747589v.1

Plaintiff agrees with this Court that any further delay is unnecessary and the parties have provided

a proposed scheduling order attached hereto.

Respectfully submitted,

*For Plaintiff*
*Carolyn Kay Runyon*:

_/s/ *Devin H. Fok*_____                    Dated: May 9, 2025
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
**DHF Law, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108

*For Defendant*
*Appriss Insights, LLC*

/s/Adam T. Hill_____                    Dated: May 9, 2025
Adam T. Hill
ahill@seyfarth.com
**Seyfarth Shaw, LLP**
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606

2

317747589v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, the foregoing was filed via the Court's CM/ECF system which will send notification of filing to all counsel of record.

/s/ Adam T. Hill
Adam T. Hill
*Counsel for Defendant*
*Appriss Insights, LLC*