Martin P. Skolnick, Esq.
martin@skolnicklegalgroup.com
**SKOLNICK LEGAL GROUP, P.C.**
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068
Tel.:   (973) 403-0100
Local Counsel for Plaintiff

Devin H. Fok, Esq. (SBN 256599)
devin@devinfoklaw.com
Joshua Kim, Esq. (SBN 257260)
joshua@devinfoklaw.com
**DHF LAW, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Tel.:   (888) 651-6411
Fax:    (818) 484-2023

Attorneys for Plaintiff
CAROLYN KAY RUNYON, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN KAY RUNYON, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>CLEARSTAR, INC.; LICEDOCTORS LLC; APPRISS INSIGHTS, LLC; and DOES 1 TO 10, Inclusive<br><br>Defendant(s). | Case No. 2:24-cv-01519-OEM-LGD<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: February 29, 2024<br>Trial Date:    None Set Yet |

**NOTICE IS HEREBY GIVEN** that Plaintiff CAROLYN KAY RUNYON ("Plaintiff") and Defendant APPRISS INSIGHTS, LLC ("Defendant") (collectively, the "Parties") by and through their counsel of record have reached a settlement to resolve Plaintiff's claims. Therefore, the Parties request that all deadlines be stayed.

1 | The Parties anticipate that the performance of the terms of the settlement agreement will be
2 | completed within thirty (30) days of the date of this notice, at which time the Parties shall file a
3 | Stipulation for Dismissal with prejudice of the claims against APPRISS INSIGHTS, LLC.

Dated: June 4, 2025

**DHF LAW, P.C.**

By _____
Devin H. Fok, Esq.
Joshua Kim, Esq.
Attorneys for Plaintiff
CAROLYN KAY RUNYON, individually and on behalf of all others similarly situated

# PROOF OF SERVICE

I hereby certify that on June 4, 2025, I served the foregoing document(s) on the interested party(ies) below, using the following means:

## SEE ATTACHED SERVICE LIST

☐ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Marino, California.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ **BY FAX:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE AS FOLLOWS:** I electronically served a true copy of the document(s) identified above to the email address(es) designated. Electronic service is due to the State of California's Executive Order N-33-20 (Shelter-at-Home Order).

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Ella Snyder*

Ella Snyder

---

1

PROOF OF SERVICE

**SERVICE LIST**
*Runyon v. Clearstar Inc., et al.*

| ATTORNEY(S): | PARTY REPRESENTED: |
|---|---|
| **Adam Theodore Hill**<br>**Pamela Devata**<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Ste 8000<br>Chicago, IL 60606<br>Phone: 312-460-5954<br>Fax: 312-460-7961<br>ahill@seyfarth.com<br>pdevata@seyfarth.com | *Attoryneys for Defendant*<br>*APPRISS INSIGHTS, LLC* |